IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

American Alliance for Equal Rights
_____,  )
)
Plaintiff, )
)
v. ) CASE NO. _____
)
Kay Ivey, in her official capacity as Governor )
_____, )
)
Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW  American Alliance for Equal Rights , a  Plaintiff  in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

2/13/2024                                  /s/ Glenn E. Roper
Date                                       (Signature)

                                           Glenn E. Roper
                                           (Counsel's Name)

                                           American Alliance for Equal Rights
                                           Counsel for (print names of all parties)

                                           1745 Shea Center Drive, Suite 400
                                           Highlands Ranch, Colorado 80129
                                           Address, City, State Zip Code

                                           (916) 503-9045
                                           Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I,_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _____day of _____ 20\_\_, to:

_____

_____

_____

_____

_____

| | |
|---|---|
| _____ | _____ |
| Date | Signature |