**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAY IVEY, in her official capacity as Governor of the State of Alabama,<br><br>Defendant. | Civil Action No. 2:24-cv-00104<br><br>**REQUEST FOR ADMISSION OF GLENN E. ROPER PRO HAC VICE** |

I, Glenn E. Roper, hereby request permission to appear and participate as counsel for American Alliance for Equal Rights, Plaintiff in the above-entitled cause, pursuant to Rule 83.1(b) of the Local Rules for the United States District Court, Middle District of Alabama.

I am an attorney with Pacific Legal Foundation, a nonprofit public interest legal organization headquartered in Sacramento, California. My business address, telephone number, and email address are as follows:

Pacific Legal Foundation
1745 Shea Center Drive, Suite 400
Highlands Ranch, Colorado 80129
Telephone: (916) 503-9045
GERoper@pacificlegal.org

I am a member in good standing of the Colorado State Bar, No. 38723, admitted May 26, 2007. I am a member in good standing of the following federal courts:

District of Colorado, admitted July 1, 2009

Southern District of Illinois, admitted May 26, 2021

District of Maryland, admitted August 12, 2020

District of North Dakota, admitted August 21, 2015

1

Western District of Texas, admitted December 14, 2009

U.S. Court of Appeals, Second Circuit, admitted May 7, 2019

U.S. Court of Appeals, Fourth Circuit, admitted April 21, 2020

U.S. Court of Appeals, Fifth Circuit, admitted October 22, 2020

U.S. Court of Appeals, Sixth Circuit, admitted September 9, 2015

U.S. Court of Appeals, Ninth Circuit, admitted January 21, 2020

U.S. Court of Appeals, Tenth Circuit, admitted July 8, 2009

U.S. Court of Appeals, District of Columbia Circuit, admitted September 17, 2018

U.S. Supreme Court, admitted November 30, 2015

I am not now, nor have I ever been, subject to any disciplinary action by any state or federal

bar association or subject to judicial sanctions.

I have never had a pro hac admission to any court revoked for misconduct.

I am familiar with, and agree to comply with, the local rules of this Court and the Federal

Rules of Civil Procedure.

I have attached a Certificate of Good Standing from the District of Colorado.

DATED: February 13, 2024.

Respectfully submitted,

/s/ Glenn E. Roper
GLENN E. ROPER*
Colo. Bar No. 38723
Pacific Legal Foundation
1745 Shea Center Drive, Suite 400
Highlands Ranch, Colorado 80129
Telephone: (916) 503-9045
GERoper@pacificlegal.org
*Pro Hac Vice Pending*

*Attorney for Plaintiff*

# Certificate of Good Standing

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## Glenn E. Roper

Admission date: 07/01/2009

was admitted to practice in this court
and is in good standing.

Dated: February 13, 2024