**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, ROOM B-110

MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK                                                                                           TELEPHONE (334) 954-3600

February 16, 2024

NOTICE OF ASSIGNMENT

To:     All Counsel of Record

Re:     **American Alliance for Equal Rights v. Ivey**

      Civil Action No:     2:24-cv-00104

The above-styled case has been assigned to **Judge Myron H. Thompson**, as presiding judge and **Judge Jerusha T. Adams,** as referral judge.

Please note that the case number is now **2:24−cv−104-MHT-JTA**. The new case number should be used on all future correspondence and pleadings.