**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, ROOM B-110

MONTGOMERY, ALABAMA 36104

TREY GRANGER, CLERK

TELEPHONE (334) 954-3600

February 20, 2024

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   *American Alliance for Equal Rights v. Ivey*
       Civil Action No.   2:24-cv-00104-MHT-JTA

The above-styled case has been reassigned to **Judge R. Austin Huffaker, Jr.**

Please note that the case number is now **2:24-cv-00104-RAH-JTA**. The new case number should be used on all future correspondence and pleadings.