# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>              Plaintiff,<br><br>  v.<br><br>KAY IVEY, in her official capacity as Governor of the State of Alabama,<br><br>             Defendant. | Civil Action No. 2:24−cv−104-MHT-JTA<br><br>**PROOF OF SERVICE**<br>**ON DEFENDANT KAY IVEY** |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      2:24-CV-00104-RAH-JTA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Kay Ivey, Governor of Alabama**
was recieved by me on  **2/22/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒   I left the summons at the individual's residence or usual place of abode with **Pamela Chestnut**, a person of suitable age and discretion who resides at **600 Dexter Ave, Montgomery, AL 36130**, on **02/23/2024 at 1:22 PM**, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐    I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   02/26/2024

_____
*Server's signature*

**Sara Kasamanian**
*Printed name and title*

**7806 Vaughn Road
#199
montgomery, AL 36116**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Pamela Chestnut who identified themselves as the authorized person to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 55-65 years of age, 5'6"-5'8" tall and weighing 120-140 lbs.**



Tracking #: **0125678071**

