# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>               Plaintiff,<br><br>   v.<br><br>KAY IVEY, in her official capacity as Governor of the State of Alabama,<br><br>               Defendant. | Civil Action No. 2:24−cv−104-MHT-JTA<br><br>**PROOF OF SERVICE<br>ON STEVE MARSHALL, OFFICE OF<br>THE ATTORNEY GENERAL** |

Civil Action No.    2:24-CV-00104-RAH-JTA

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Steve Marshall, Office of the Attorney General**
was recieved by me on  **2/22/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒   I left the summons at the individual's residence or usual place of abode with **Mandy Cook**, a person of suitable age and discretion who resides at **501 Washington Ave, Montgomery, AL 36104**, on **02/23/2024 at 1:39 PM**, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   02/26/2024

*Server's signature*

**Sara Kasamanian**
*Printed name and title*

**7806 Vaughn Road
#199
montgomery, AL 36116**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Mandy Cook who identified themselves as the paralegal with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 45-55 years of age, 5'6"-5'8" tall and weighing 120-140 lbs.  Steve Marshall does not come into this actual address . This is what Mandy cook the woman who accepted service said . She said she is his paralegal**



Tracking #: **0125678309**

