# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, *a nonprofit corporation*,<br><br>*Plaintiff*,<br><br>v.<br><br>KAY IVEY, *in her official capacity as Governor of the State of Alabama*,<br><br>*Defendant*. | **Civil Action No.:**<br>**2:24-cv-00104-RAH-JTA** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant Kay Ivey, Governor of the State of Alabama, by and through undersigned counsel, moves for a 14-day extension of time up to and including March 29, 2024, to file a responsive pleading or motion pursuant to Rule 12 as to Plaintiff's Complaint. Without an extension, such responsive pleading or motion would be due on March 15, 2024. Both undersigned counsel face significant conflicts with the current deadline, including a preliminary injunction hearing in another case and previously scheduled out-of-state travel. The undersigned has contacted counsel for Plaintiff, who indicated that this motion is unopposed.

Respectfully submitted,

Steve Marshall
  *Attorney General*

/s/ Brenton M. Smith
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 242-7300
Fax: (334) 353-8400
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

***Counsel for Governor Kay Ivey***

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2024, I electronically filed a copy of the foregoing with the Clerk of the Court via CM/ECF which will send notification to all counsel of record.

/s/ Brenton M. Smith
***Counsel for Governor Kay Ivey***