# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, *a nonprofit corporation*, )<br><br>*Plaintiff*, )<br><br>v. )<br><br>KAY IVEY, *in her official capacity as Governor of the State of Alabama*, )<br><br>*Defendant*. ) | **Civil Action No.:**<br>**2:24-cv-00104-RAH-JTA** |

## CONFLICT DISCLOSURE STATEMENT

Kay Ivey, sued in her official capacity as Governor of the State of Alabama in this action, in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

Kay Ivey, sued in her official capacity as Governor of the State of Alabama, is a government entity.

Dated: March 7, 2024        Respectfully submitted,

                            Steve Marshall
                               *Attorney General*

2

/s/ Brenton M. Smith
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
 *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 242-7300
Fax: (334) 353-8400
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

***Counsel for Governor Kay Ivey***

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2024, I electronically filed a copy of the foregoing with the Clerk of the Court via CM/ECF which will send notification to all counsel of record.

/s/ Brenton M. Smith
*Counsel for Governor Kay Ivey*