IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>KAY IVEY, in her official capacity as Governor of the State of Alabama,<br><br>                Defendant. | Civil Action No. 2:24-cv-00104-RAH-JTA |

**DECLARATION OF GLENN ROPER**

I, Glenn Roper, declare as follows:

1. I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2. I am an attorney at Pacific Legal Foundation, representing American Alliance for Equal Rights in this action.

3. Exhibit A are true and correct copies of Alabama Real Estate Appraisers Board (AREAB) nomination letters from the Governor to the Senate, dated February 29, 2024, and available at https://alison.legislature.state.al.us/confirmations.

4. Exhibit B is a true and correct copy of a March 7, 2024, email from Brenton Smith, counsel for the Governor in this action.

5. Exhibit C is a true and correct copy of the meeting minutes from AREAB's November 9, 2023, meeting, which are the latest meeting minutes available on the AREAB website at https://reab.alabama.gov/about/meeting-dates-reports/meeting-minutes.

6. Exhibit D is a true and correct copy of the declaration of Edward Blum.

7. Exhibit E is a true and correct copy of the declaration of Member A.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 11, 2024.

_____
Glenn Roper