# Exhibit A

OFFICE OF THE GOVERNOR

KAY IVEY
GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-3282

## STATE OF ALABAMA

February 29, 2024

To the Senate of Alabama
Alabama State House
Montgomery, Alabama 36130

Ladies and Gentlemen:

I have appointed, upon your confirmation, Mr. Andrew D. Watson, of Fairhope, Alabama, to the Alabama Real Estate Appraisers Board. His term of office will expire three years after his confirmation by the Senate.

Respectfully submitted,

*Kay Ivey*

Kay Ivey
Governor

Done this 29th day of February 2024.

*RECEIVED IN OFFICE OF SECRETARY OF SENATE*
3/4, 2024
signed

**OFFICE OF THE GOVERNOR**

**KAY IVEY**
GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-3282

## STATE OF ALABAMA

February 29, 2024

To the Senate of Alabama
Alabama State House
Montgomery, Alabama 36130

Ladies and Gentlemen:

I have appointed, upon your confirmation, Mr. Andreas Smith, of Huntsville, Alabama, to the Alabama Real Estate Appraisers Board. His term of office will expire three years after his confirmation by the Senate.

Respectfully submitted,

*Kay Ivey*

Kay Ivey
Governor

Done this 29th day of February 2024.

*RECEIVED IN OFFICE OF SECRETARY OF SENATE*
3/4, 2024
signed

**OFFICE OF THE GOVERNOR**

**KAY IVEY**
GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-3282

# STATE OF ALABAMA

February 29, 2024

To the Senate of Alabama
Alabama State House
Montgomery, Alabama 36130

Ladies and Gentlemen:

I have appointed, upon your confirmation, Mr. Mark Palmer, of Florence, Alabama, to the Alabama Real Estate Appraisers Board. His term of office will expire three years after his confirmation by the Senate.

Respectfully submitted,

*Kay Ivey*

Kay Ivey
Governor

Done this 29th day of February 2024.

*RECEIVED IN OFFICE OF SECRETARY OF SENATE*
3/4, 20__
signed

OFFICE OF THE GOVERNOR

KAY IVEY
GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-3282

## STATE OF ALABAMA

February 29, 2024

To the Senate of Alabama
Alabama State House
Montgomery, Alabama 36130

Ladies and Gentlemen:

I have appointed, upon your confirmation, Mr. Randall Kyles, of Enterprise, Alabama, to the Alabama Real Estate Appraisers Board. His term of office will expire three years after his confirmation by the Senate.

Respectfully submitted,

*Kay Ivey*

Kay Ivey
Governor

Done this 29th day of February 2024.

RECEIVED IN OFFICE OF
SECRETARY OF SENATE
3/4 _____, 2024
signed



OFFICE OF THE GOVERNOR

KAY IVEY
GOVERNOR

STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-3282

## STATE OF ALABAMA

February 29, 2024

To the Senate of Alabama
Alabama State House
Montgomery, Alabama 36130

Ladies and Gentlemen:

I have appointed, upon your confirmation, Mr. Chad Anderson, of Mobile, Alabama, to the Alabama Real Estate Appraisers Board. His term of office will expire three years after his confirmation by the Senate.

Respectfully submitted,

*Kay Ivey*

Kay Ivey
Governor

Done this 29th day of February 2024.

*RECEIVED IN OFFICE OF*
*SECRETARY OF SENATE*
*3/4/20 24*
*signed*



OFFICE OF THE GOVERNOR

KAY IVEY
GOVERNOR

STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-3282

STATE OF ALABAMA

February 29, 2024

To the Senate of Alabama
Alabama State House
Montgomery, Alabama 36130

Ladies and Gentlemen:

I have appointed, upon your confirmation, Mr. J. Roger Ball, Jr., of Birmingham, Alabama, to the Alabama Real Estate Appraisers Board. His term of office will expire March 26, 2026.

Respectfully submitted,

*Kay Ivey*

Kay Ivey
Governor

Done this 29th day of February 2024.

RECEIVED IN OFFICE OF
SECRETARY OF SENATE
3/4    20 24
signed

**OFFICE OF THE GOVERNOR**

**KAY IVEY**
GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-3282

## STATE OF ALABAMA

February 29, 2024

To the Senate of Alabama
Alabama State House
Montgomery, Alabama 36130

Ladies and Gentlemen:

I have appointed, upon your confirmation, Ms. Melanie Housh, of Cropwell, Alabama, to the Alabama Real Estate Appraisers Board. Her term of office will expire May 5, 2026.

Respectfully submitted,

*Kay Ivey*

Kay Ivey
Governor

Done this 29th day of February 2024.

*RECEIVED IN OFFICE OF*
*SECRETARY OF SENATE*
3/4          20 24
signed



OFFICE OF THE GOVERNOR

KAY IVEY
GOVERNOR

STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
Fax: (334) 242-3282

## STATE OF ALABAMA

February 29, 2024

To the Senate of Alabama
Alabama State House
Montgomery, Alabama 36130

Ladies and Gentlemen:

I have appointed, upon your confirmation, Mr. William Mackey, of Gallion, Alabama, to the Alabama Real Estate Appraisers Board. His term of office will expire May 5, 2026.

Respectfully submitted,

*Kay Ivey*

Kay Ivey
Governor

Done this 29th day of February 2024.

RECEIVED IN OFFICE OF
SECRETARY OF SENATE
3/4, 20 24
signed

OFFICE OF THE GOVERNOR

KAY IVEY
GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-3282

## STATE OF ALABAMA

February 29, 2024

To the Senate of Alabama
Alabama State House
Montgomery, Alabama 36130

Ladies and Gentlemen:

I have appointed, upon your confirmation, Mr. Tim Mills, of Mobile, Alabama, to the Alabama Real Estate Appraisers Board. His term of office will expire March 26, 2026.

Respectfully submitted,

Kay Ivey

Kay Ivey
Governor

Done this 29th day of February 2024.

RECEIVED IN OFFICE OF
SECRETARY OF SENATE
3/4, 2024
signed