# Exhibit B

# Glenn E. Roper

| | |
|---|---|
| **From:** | Smith, Brenton <Brenton.Smith@AlabamaAG.gov> |
| **Sent:** | Thursday, March 7, 2024 1:44 PM |
| **To:** | Glenn E. Roper |
| **Cc:** | Seiss, Ben |
| **Subject:** | AAER v. Ivey -- Extension Request |

Good afternoon Mr. Roper,

I'm going to be representing Governor Ivey in the suit you filed on behalf of American Alliance for Equal Rights in the Middle District of Alabama along with my colleague Ben Seiss (cc'd). I'm reaching out because we have a pleading deadline next Friday, but both of us have preexisting conflicts next week (I'm going to be out of the office for several days and he has a preliminary injunction hearing). We intend to move for a 14-day extension of our deadline to file a motion to dismiss. Would you please let us know whether we can represent that our motion for extension is unopposed?

Separately, I just wanted to give you a heads up regarding the membership of the Real Estate Appraisers' Board. Although your complaint only references a possible appointment to the public at-large position on the Board, my understanding is that there were multiple positions that were up for appointment and that the Governor has recently made appointments to those positions.

Thanks,

Brenton Smith

Brenton M. Smith
Assistant Attorney General

Constitutional Defense Division
Office of the Attorney General
State of Alabama
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama  36130

Office: 334.353.4336
Fax: 334.353.8400

Confidentiality Notice: The information contained in this email and the documents attached hereto contain confidential information intended only for the use of the intended recipients. If the reader of the message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained herein is strictly prohibited. If you have received this communication in error, please immediately notify me by reply email.