# Exhibit D

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAY IVEY, in her official capacity as Governor of the State of Alabama,<br><br>Defendant. | Civil Action No. 2:24-cv-00104-RAH-JTA |

## DECLARATION OF EDWARD BLUM

I, Edward Blum, declare as follows:

1. I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2. I am the President of the American Alliance for Equal Rights.

3. American Alliance for Equal Rights is a nationwide membership organization dedicated to challenging distinctions and preferences made on the basis of race and ethnicity.

4. The Alliance's members are harmed by racially discriminatory laws like Alabama Code § 34-27A-4, which requires the Governor of Alabama to ensure that the Alabama Real Estate Appraisers Board (AREAB) has at least two members "of a minority race." This requirement excludes some of the Alliance's members solely because of their race.

5. The Alliance has at least one member who is ready and able to be appointed to AREAB, but cannot because she is of the wrong race.

6. I have witnessed firsthand the retaliation that individuals can receive for bringing litigation challenging racial preferences. I supported Abigail Fisher in her challenge to affirmative

action in *Fisher v. Univ. of Texas at Austin*, 570 U.S. 297 (2013), and *Fisher v. Univ. of Texas at Austin*, 579 U.S. 365 (2016). Ms. Fisher "endured consistent harassment since 2008" "[a]s a direct result of [her] involvement in that case." *SFFA v. Harvard Coll.*, No. 1:15-cv-14176 (D. Mass. Apr. 29, 2016), ECF 150-4 ¶ 3. She experienced "threats" and "insults" from across the country, and she suffered professionally. *See id.* ¶¶ 5, 9–10. Ms. Fisher explained that these experiences "often led [her] to second-guess [her] involvement in the case and as an advocate against unlawful affirmative action policies." *Id.* ¶ 11.

7. Based on my experience and discussions with many individuals, I believe many individuals would not challenge laws like Alabama Code § 34-27A-4 absent the anonymity protections that associations provide.

8. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 11, 2024.

_____
Edward Blum
President of American Alliance for Equal Rights