# Exhibit E

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KAY IVEY, in her official capacity as Governor of the State of Alabama,<br><br>　　　　　Defendant. | Civil Action No. 2:24-cv-00104-RAH-JTA |

## DECLARATION OF MEMBER A

I, Member A, declare as follows:

1. I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2. I am Member A referred to in the Complaint filed by the American Alliance for Equal Rights against Governor Ivey in the above-captioned case.

3. I am an adult citizen of Alabama who resides in Prattville, Alabama.

4. I am ready and able to apply for the public member position on the Alabama Real Estate Appraisers Board (AREAB). Before the Complaint was filed, I submitted an application for that position using the online application form available on the Governor's website, https://governor.alabama.gov/assets/2023/06/Gubernatorial_Application_2023.pdf.

5. I am not a racial minority.

6. I meet all the nonracial requirements for appointment to a public member position on AREAB. I am not engaged in the practice of real estate appraising, and neither is my husband.

7. I became a member of American Alliance for Equal Rights because I support its mission as well as this lawsuit.

8. I am signing this declaration under a pseudonym because if my participation in this litigation becomes public, I fear the possibility of reprisal.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 11, 2024.

*[signature: Member A]*
Member A