IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, | ) ) ) |
| Plaintiff, | ) ) Case No. 2:24-cv-104-RAH |
| v. | ) ) ) |
| KAY IVEY, *in her official capacity as Governor of the State of Alabama*, | ) ) ) |
| Defendant. | ) ) |

## ORDER

For good cause, it is **ORDERED** that a status and scheduling hearing on the pending *Motion for a Temporary Restraining Order/Preliminary Injunction* (doc. 11) is **SET** for **March 12, 2024, at 1:30 p.m. CT** by telephone. The courtroom deputy will provide counsel with the call-in number. The Clerk of Court is **DIRECTED** to provide a court reporter for this proceeding.

**DONE** on this the 12th day of March 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE

1