**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>　　*Plaintiff*,<br><br>v.<br><br>KAY IVEY, *in her official capacity as Governor of the State of Alabama*,<br><br>　　*Defendant*. | )<br>)<br>)<br>)<br>)  **Civil Action No.:**<br>)  **2:24-cv-00104-RAH-JTA**<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Comes now, Benjamin M. Seiss, a member of the Bar of this Court, and enters his appearance as counsel for Kay Ivey, in her official capacity as the Governor of the State of Alabama.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　Steve Marshall
　　　　　　　　　　　　　　　　　*Attorney General*

　　　　　　　　　　　　　　　　/s/ Benjamin M. Seiss
　　　　　　　　　　　　　　　　Benjamin M. Seiss (ASB-2110-O00W)
　　　　　　　　　　　　　　　　　*Assistant Attorney General*

　　　　　　　　　　　　　　　　OFFICE OF THE ATTORNEY GENERAL
　　　　　　　　　　　　　　　　STATE OF ALABAMA
　　　　　　　　　　　　　　　　501 Washington Avenue
　　　　　　　　　　　　　　　　Montgomery, Alabama 36104
　　　　　　　　　　　　　　　　Telephone: (334) 242-7300
　　　　　　　　　　　　　　　　Fax: (334) 353-8400
　　　　　　　　　　　　　　　　Ben.Seiss@AlabamaAG.gov

　　　　　　　　　　　　　　　　***Counsel for Governor Kay Ivey***

## CERTIFICATE OF SERVICE

     I hereby certify that on March 12, 2024, I electronically filed a copy of the foregoing with the Clerk of the Court via CM/ECF which will send notification to all counsel of record.

/s/ Benjamin M. Seiss
*Counsel for Governor Kay Ivey*
