IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAY IVEY, in her official capacity as Governor of the State of Alabama,<br><br>Defendant. | Civil Action No. 2:24-cv-00104-RAH-JTA<br><br>**REQUEST FOR ADMISSION OF JOSHUA P. THOMPSON PRO HAC VICE** |

I, Joshua P. Thompson, hereby request permission to appear and participate as counsel for American Alliance for Equal Rights, Plaintiff in the above-entitled cause, pursuant to Rule 83.1(b) of the Local Rules for the United States District Court, Middle District of Alabama.

I am an attorney with Pacific Legal Foundation, a nonprofit public interest legal organization headquartered in Sacramento, California. My business address, telephone number, and email address are as follows:

Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
JThompson@pacificlegal.org

I am a member in good standing of the California State Bar, No. 250955, admitted November 21, 2007. I am a member in good standing of the following federal courts:

U.S. District Court, Northern District of California, admitted December 11, 2007

U.S. District Court, Southern District of California, admitted March 12, 2024

U.S. District Court, Central District of California, admitted April 8, 2019

1

U.S. District Court, Eastern District of California, admitted June 25, 2009

U.S. District Court, District for the District of Columbia, admitted April 25, 2011

U.S. District Court, Northern District of Illinois, admitted May 8, 2020

U.S. District Court, Eastern District of Texas, admitted December 11, 2007

U.S. District Court, Western District of Wisconsin, admitted March 23, 2017

U.S. Court of Appeals, First Circuit, admitted October 21, 2019

U.S. Court of Appeals, Second Circuit, admitted January 24, 2012

U.S. Court of Appeals, Sixth Circuit, admitted January 10, 2023

U.S. Court of Appeals, Seventh Circuit, admitted March 3, 2018

U.S. Court of Appeals, Eighth Circuit, admitted August 4, 2016

U.S. Court of Appeals, Ninth Circuit, admitted February 14, 2011

U.S. Court of Appeals, Eleventh Circuit, admitted October 28, 2014

U.S. Court of Appeals, D.C. Circuit, admitted December 31, 2007

U.S. Supreme Court, admitted October 3, 2011

I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or subject to judicial sanctions.

I have never had a pro hac admission to any court revoked for misconduct.

I am familiar with, and agree to comply with, the local rules of this Court and the Federal Rules of Civil Procedure.

I have attached a Certificate of Good Standing from the Northern District of California.

DATED: March 12, 2024.

                                      Respectfully submitted,

                                      /s/ Joshua P. Thompson
                                      JOSHUA P. THOMPSON*
                                      Cal. Bar No. 250955
                                      Pacific Legal Foundation
                                      555 Capitol Mall, Suite 1290
                                      Sacramento, California 95814
                                      Telephone: (916) 419-7111
                                      JThompson@pacificlegal.org
                                      *Pro Hac Vice Pending*

                                      *Attorney for Plaintiff*

# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

## Joshua Paul Thompson

Bar Number 250955

was duly admitted to practice in this Court on December 11, 2007, and is in good standing as a member of the bar of this Court.



Signed on November 13, 2023 by

Mark B. Busby

**Certificate of Service**

I hereby certify that on March 12, 2024, I electronically filed a copy of the foregoing with the Clerk of the Court via CM/ECF which will send notification to all counsel of record:

Brenton Merrill Smith at Brenton.Smith@AlabamaAG.gov

Benjamin Matthew Seiss at ben.seiss@alabamaag.gov

Glenn E. Roper at GERoper@pacificlegal.org

/s/ Joshua P. Thompson
JOSHUA P. THOMPSON
*Attorney for Plaintiff*