IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, | ) ) ) |
| Plaintiff, | ) ) Case No. 2:24-cv-104-RAH |
| v. | ) ) ) |
| KAY IVEY, *in her official capacity as Governor of the State of Alabama*, | ) ) ) |
| Defendant. | ) |

## **ORDER**

For the reasons discussed during the telephone hearing on March 12, 2024, and upon review of the Plaintiff's *Motion for a Temporary Restraining Order/Preliminary Injunction* (doc. 11), it is **ORDERED** as follows:

1. **On or before March 14, 2024**, the Defendant shall respond to the Plaintiff's Motion (doc. 11);

2. **On or before March 17, 2024**, the Plaintiff may file a Reply to the Defendant's Response;

3. A hearing on the pending Motion (doc. 11) is **SET** for **March 18, 2024, at 9:00 a.m. CT** by telephone. The courtroom deputy will provide counsel with the call-in number. The Clerk of Court is **DIRECTED** to provide a court reporter for the proceeding.

**DONE** on this the 12th day of March 2024.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE