# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, *a nonprofit corporation*, )<br>)<br>)<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>KAY IVEY, *in her official capacity as Governor of the State of Alabama*, )<br>)<br>)<br>*Defendant*. ) | Civil Action No.:<br>2:24-cv-00104-RAH-JTA |

## EVIDENTIARY SUBMISSION

Defendant Kay Ivey, Governor of the State of Alabama, by and through undersigned counsel submits the following in support of her motion for summary judgment in this case:

1. State of Alabama Real Estate Appraisers Board, Our Board Members listing. Retrieved from Alabama Real Estate Appraisers Board website located at https://reab.alabama.gov/wp-content/uploads/2023/07/Board-Members-07-23 on March 13, 2024.

2. Declaration of Pam Chesnutt executed on March 13, 2024, which references the following attachments (as redacted for personal identifying information):

a. Attachment A - Appointment Letters for the Alabama Real Estate Appraisers Board (AREAB) from 2023.

b. Attachment B - Appointment Letters for the Alabama Real Estate Appraisers Board (AREAB) from 2024.

c. Attachment C - Application materials received from each member appointed to the AREAB in 2024.

Respectfully submitted this 14th day of March, 2024.

>Steve Marshall
>  *Attorney General*
>
>/s/ Brenton M. Smith
>Brenton M. Smith (ASB-1656-X27Q)
>Benjamin M. Seiss (ASB-2110-O00W)
>  *Assistant Attorneys General*
>
>OFFICE OF ATTORNEY GENERAL
>501 Washington Avenue
>Montgomery, Alabama 36130-0152
>Telephone: (334) 242-7300
>Fax: (334) 353-8400
>Brenton.Smith@AlabamaAG.gov
>Ben.Seiss@AlabamaAG.gov
>
>***Counsel for Governor Kay Ivey***

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2024, I electronically filed a copy of the foregoing with the Clerk of the Court via CM/ECF which will send notification to all counsel of record.

/s/ Brenton M. Smith
***Counsel for Governor Kay Ivey***