# Exhibit 1

# Members of the State of Alabama Real Estate Appraisers Board



**STATE OF ALABAMA REAL ESTATE APPRAISERS BOARD**
P.O. Box 304355, Montgomery, AL  36130 / 100 N. Union Street Suite 370, Montgomery, AL  36104
Phone: (334) 242-8747 / Fax: (334)242-8749 / Web: www.reab.state.al.us

## Our Board Members

**Chad Anderson, Chairman**
**Melanie Housh, Vice Chairman**

1st District
**Chad E. Anderson**
6349 Piccadilly Square Drive
Mobile, AL 36609
TEL (251) 650-4112
FAX (251) 650-1231
chad@andersonag.com
Confirmed: 05/23/19 – 03/26/21

2nd District
**Billy Cotter**
531 Boll Weevil Circle
Enterprise, AL  36330
TEL (334) 347-1030
FAX (334) 347-3490
billy@billycotter.com
Confirmed: 03/19/14 – 05/06/17
Re-confirmed: 05/17/17 – 05/06/20

3rd District
**Melanie Housh**
1000 Bruce Etheredge Pkwy
Suite 214
Pell City, AL 35128
TEL (205) 814-7543
melanie@mshappraisal.com
Confirmed: 03/16/21 – 05/05/23

4th District
**Mark C. Haller**
P.O. Box 8625
Gadsden, AL  35902
TEL (256) 458-7793
mark@hallerrealestate.com
Confirmed: 05/23/19 – 03/26/21

5th District
**Richard (Rick) Pettey**
202-B Jackson St. SE
Decatur, AL  35601
TEL (256) 350-5751
FAX (256) 350-6011
rpettey@hiwaay.net
Confirmed: 01/22/14 – 05/04/16
Re-confirmed: 02/23/17 – 05/04/19

6th District
**J. Roger Ball, Jr.**
101 Pine Ridge Circle
Birmingham, AL  35213
jrogerball@gmail.com
TEL (205) 252-8696
FAX (205) 324-0425
Confirmed: 05/23/19 – 03/26/21

7th District
**Robert Butler**
P. O. Box 170425
Birmingham, AL  35217
TEL (205) 492-2811
FAX (205) 815-2449
rbutlersr@yahoo.com
Confirmed: 01/22/14 – 05/05/16
Re-confirmed: 05/23/17 – 05/05/19

State at Large
**VACANT**

AMC Representative
**Andrew D. (Drew) Watson**
363 Commercial Park Drive
Fairhope, AL 36532
TEL (251) 968-9989
dreww@eqval.com
Confirmed: 05/05/20