# Exhibit 2

# Declaration of Pam Chesnutt

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation, ) ) ) *Plaintiff*, ) ) v. ) ) KAY IVEY, *in her official capacity as Governor of the State of Alabama*, ) ) ) *Defendant*. ) | **Civil Action No.:** **2:24-cv-00104-RAH-JTA** |

### DECLARATION OF PAM CHESNUTT

1. My name is Pam Chesnutt. I am the Special Assistant to the General Counsel in the Office of the Governor. I have been with the Governor's Office and held this position since January 2013. In this position, I manage all records requests that are submitted to the Governor's Office. I am over the age of 19, and I am qualified to give this declaration.

2. True and correct copies of the appointment letters for the Alabama Real Estate Appraisers Board (AREAB) from 2023 are attached to this Declaration as Attachment A.

3. True and correct copies of the appointment letters for the AREAB from 2024 are attached to this Declaration as Attachment B.

4. True and correct copies of the application materials that the Governor's Office received for each member who was appointed to the AREAB in 2024 are attached to this Declaration as Attachment C.

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on March 13, 2024.**

/s/ Pam Chesnutt
Pam Chesnutt