# Attachment A

# 2023 Appointment Letters



**OFFICE OF THE GOVERNOR**

**KAY IVEY**
GOVERNOR

STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-3282

## STATE OF ALABAMA

June 1, 2023

Mr. Chad E. Anderson

Mobile, AL 36609

Dear Mr. Anderson:

By this letter, I hereby reappoint you to the Alabama Real Estate Appraisers Board, effective immediately. This appointment is subject to Senate confirmation. You will serve as a representative of Congressional District One. Your term of service will expire March 26, 2026.

As one of my appointees, you will be making important decisions that directly affect the citizens of Alabama. I have made honesty and integrity a priority in my Administration, and I know that you will embody these two virtues while serving the people of Alabama. Please plan to attend all meetings within reason, be a good steward of the taxpayers' money, and work in your position to instill trust in state government. The responsibility that comes with this appointment is not to be taken lightly. I trust that you will rise to the occasion and set a standard for others to follow.

I appreciate you serving in this capacity, and I am confident you will render valuable service to the citizens of Alabama.

Sincerely,

*Kay Ivey*

Kay Ivey
Governor

KI/mb/em

cc:   Ms. Lisa Brooks, Executive Director
      Ms. Michele Brown
      Ms. Nita Carter

**OFFICE OF THE GOVERNOR**

**KAY IVEY**
GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-3282

## STATE OF ALABAMA

June 1, 2023

Mr. Randall Kyles
███████████████
Enterprise, Alabama 36330

Dear Mr. Kyles:

By this letter, I hereby appoint you to the Alabama Real Estate Appraisers Board, effective immediately. This appointment is subject to Senate confirmation. You will serve as a representative of Congressional District Two and will serve in the position previously held by Mr. Billy Cotter. Your term of service will expire May 6, 2026.

As one of my appointees, you will be making important decisions that directly affect the citizens of Alabama. I have made honesty and integrity a priority in my Administration, and I know that you will embody these two virtues while serving the people of Alabama. Please plan to attend all meetings within reason, be a good steward of the taxpayers' money, and work in your position to instill trust in state government. The responsibility that comes with this appointment is not to be taken lightly. I trust that you will rise to the occasion and set a standard for others to follow.

I appreciate you serving in this capacity, and I am confident you will render valuable service to the citizens of Alabama.

Sincerely,

*Kay Ivey*

Kay Ivey
Governor

KI/mb/em

cc:   Ms. Lisa Brooks, Executive Director
      Ms. Michele Brown
      Ms. Nita Carter

**OFFICE OF THE GOVERNOR**

**KAY IVEY**
GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-3282

## STATE OF ALABAMA

June 1, 2023

Ms. Melanie Housh
███████████
Cropwell, Alabama 35054

Dear Ms. Housh:

By this letter, I hereby reappoint you to the Alabama Real Estate Appraisers Board, effective immediately. This appointment is subject to Senate confirmation. You will serve as a representative of Congressional District Three. Your term of service will expire May 5, 2026.

As one of my appointees, you will be making important decisions that directly affect the citizens of Alabama. I have made honesty and integrity a priority in my Administration, and I know that you will embody these two virtues while serving the people of Alabama. Please plan to attend all meetings within reason, be a good steward of the taxpayers' money, and work in your position to instill trust in state government. The responsibility that comes with this appointment is not to be taken lightly. I trust that you will rise to the occasion and set a standard for others to follow.

I appreciate you serving in this capacity, and I am confident you will render valuable service to the citizens of Alabama.

Sincerely,

*Kay Ivey*

Kay Ivey
Governor

KI/mb/em

cc:   Ms. Lisa Brooks, Executive Director
      Ms. Michele Brown
      Ms. Nita Carter

OFFICE OF THE GOVERNOR

KAY IVEY
GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-3282

## STATE OF ALABAMA

June 1, 2023

Mr. Mark C. Haller
<span style="background:black">████████</span>
Gadsden, AL 35902

Dear Mr. Haller:

By this letter, I hereby reappoint you to the Alabama Real Estate Appraisers Board. This appointment is subject to Senate confirmation. You will serve as a representative of Congressional District Four. Your term of service will expire March 26, 2026.

As one of my appointees, you will be making important decisions that directly affect the citizens of Alabama. I have made honesty and integrity a priority in my Administration, and I know that you will embody these two virtues while serving the people of Alabama. Please plan to attend all meetings within reason, be a good steward of the taxpayers' money, and work in your position to instill trust in state government. The responsibility that comes with this appointment is not to be taken lightly. I trust that you will rise to the occasion and set a standard for others to follow.

I appreciate you serving in this capacity, and I am confident you will render valuable service to the citizens of Alabama.

Sincerely,

*Kay Ivey*

Kay Ivey
Governor

KI/mb/em

cc:    Ms. Lisa Brooks, Executive Director
        Ms. Michele Brown
        Ms. Nita Carter



OFFICE OF THE GOVERNOR

KAY IVEY
GOVERNOR

STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-3282

## STATE OF ALABAMA

June 1, 2023

Mr. Mark Palmer

Florence, Alabama 35634

Dear Mr. Palmer:

By this letter, I hereby appoint you to the Alabama Real Estate Appraisers Board. This appointment is subject to Senate confirmation. You will serve as a representative of Congressional District 5 and you will serve in the position previously held by Mr. Richard D. Pettey. Your term of service will expire March 26, 2026.

As one of my appointees, you will be making important decisions that directly affect the citizens of Alabama. I have made honesty and integrity a priority in my Administration, and I know that you will embody these two virtues while serving the people of Alabama. Please plan to attend all meetings within reason, be a good steward of the taxpayers' money, and work in your position to instill trust in state government. The responsibility that comes with this appointment is not to be taken lightly. I trust that you will rise to the occasion and set a standard for others to follow.

I appreciate you serving in this capacity, and I am confident you will render valuable service to the citizens of Alabama.

Sincerely,

Kay Ivey
Kay Ivey
Governor

KI/mb/em

cc:   Ms. Lisa Brooks, Executive Director
      Ms. Michele Brown
      Ms. Nita Carter

OFFICE OF THE GOVERNOR

KAY IVEY
GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-3282

## STATE OF ALABAMA

June 1, 2023

Mr. J. Roger Ball, Jr.
<span style="background:black">████████████</span>
Birmingham, AL 35213

Dear Mr. Ball:

By this letter, I hereby reappoint you to the Alabama Real Estate Appraisers Board. This appointment is subject to Senate confirmation. You will serve as a representative of Congressional District Six. Your term of service will expire March 26, 2026.

As one of my appointees, you will be making important decisions that directly affect the citizens of Alabama. I have made honesty and integrity a priority in my Administration, and I know that you will embody these two virtues while serving the people of Alabama. Please plan to attend all meetings within reason, be a good steward of the taxpayers' money, and work in your position to instill trust in state government. The responsibility that comes with this appointment is not to be taken lightly. I trust that you will rise to the occasion and set a standard for others to follow.

I appreciate you serving in this capacity, and I am confident you will render valuable service to the citizens of Alabama.

Sincerely,

*Kay Ivey*

Kay Ivey
Governor

KI/mb/em

cc:   Ms. Lisa Brooks, Executive Director
      Ms. Michele Brown
      Ms. Nita Carter



**OFFICE OF THE GOVERNOR**

**KAY IVEY**
GOVERNOR

STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-3282

## STATE OF ALABAMA

June 1, 2023

Mr. William Mackey
███████████████
Gallion, Alabama 36742

Dear Mr. Mackey:

By this letter, I hereby appoint you to the Alabama Real Estate Appraisers Board. This appointment is subject to Senate confirmation. You will serve as a representative of Congressional District Seven and will serve in the position previously held by Mr. Robert Butler. Your term of service will expire May 5, 2026.

As one of my appointees, you will be making important decisions that directly affect the citizens of Alabama. I have made honesty and integrity a priority in my Administration, and I know that you will embody these two virtues while serving the people of Alabama. Please plan to attend all meetings within reason, be a good steward of the taxpayers' money, and work in your position to instill trust in state government. The responsibility that comes with this appointment is not to be taken lightly. I trust that you will rise to the occasion and set a standard for others to follow.

I appreciate you serving in this capacity, and I am confident you will render valuable service to the citizens of Alabama.

Sincerely,

*Kay Ivey*

Kay Ivey
Governor

KI/mb/em

cc:   Ms. Lisa Brooks, Executive Director
      Ms. Michele Brown
      Ms. Nita Carter

**OFFICE OF THE GOVERNOR**

**KAY IVEY**
GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-3282

## STATE OF ALABAMA

June 1, 2023

Ms. Pam O'Brien
<span style="background:black">████████████</span>
Opelika, Alabama 36801

Dear Ms. O'Brien:

By this letter, I hereby appoint you to the Alabama Real Estate Appraisers Board. This appointment is subject to Senate confirmation. You will serve as a representative of the Appraisal Management Co., and you will serve in the position previously held by Mr. Andrew Watson. Your term of service will expire September 30, 2026.

As one of my appointees, you will be making important decisions that directly affect the citizens of Alabama. I have made honesty and integrity a priority in my Administration, and I know that you will embody these two virtues while serving the people of Alabama. Please plan to attend all meetings within reason, be a good steward of the taxpayers' money, and work in your position to instill trust in state government. The responsibility that comes with this appointment is not to be taken lightly. I trust that you will rise to the occasion and set a standard for others to follow.

I appreciate you serving in this capacity, and I am confident you will render valuable service to the citizens of Alabama.

Sincerely,

*Kay Ivey*

Kay Ivey
Governor

KI/mb/em

cc: Ms. Lisa Brooks, Executive Director
Ms. Michele Brown
Ms. Nita Carter

OFFICE OF THE GOVERNOR

KAY IVEY
GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-3282

## STATE OF ALABAMA

June 1, 2023

Mr. Tim Mills
▮▮▮▮▮▮▮▮▮▮
Mobile, Alabama 36695

Dear Mr. Mills:

By this letter, I hereby appoint you to the Alabama Real Estate Appraisers Board. This appointment is subject to Senate confirmation. You will serve as a representative of the general public, and you will serve in the position previously held by Ms. Patrice McClammy. Your term of service will expire March 26, 2026.

As one of my appointees, you will be making important decisions that directly affect the citizens of Alabama. I have made honesty and integrity a priority in my Administration, and I know that you will embody these two virtues while serving the people of Alabama. Please plan to attend all meetings within reason, be a good steward of the taxpayers' money, and work in your position to instill trust in state government. The responsibility that comes with this appointment is not to be taken lightly. I trust that you will rise to the occasion and set a standard for others to follow.

I appreciate you serving in this capacity, and I am confident you will render valuable service to the citizens of Alabama.

Sincerely,

*Kay Ivey*

Kay Ivey
Governor

KI/mb/em

cc:   Ms. Lisa Brooks, Executive Director
      Ms. Michele Brown
      Ms. Nita Carter