# Attachment B

# 2024 Appointment Letters

OFFICE OF THE GOVERNOR

KAY IVEY
GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-3282

# STATE OF ALABAMA

February 21, 2024

Mr. Randall Kyles
███████████████
Enterprise, Alabama 36330

Dear Mr. Kyles:

By this letter, I hereby appoint you to the Alabama Real Estate Appraisers Board, effective immediately. This appointment is subject to Senate confirmation. You will serve as a representative of Congressional District One. Your term of service will expire three years after your confirmation by the Senate. This letter supersedes the letter signed on June 1, 2023.

As one of my appointees, you will be making important decisions that directly affect the citizens of Alabama. I have made honesty and integrity a priority in my Administration, and I know that you will embody these two virtues while serving the people of Alabama. Please plan to attend all meetings within reason, be a good steward of the taxpayers' money, and work in your position to instill trust in state government. The responsibility that comes with this appointment is not to be taken lightly. I trust that you will rise to the occasion and set a standard for others to follow.

I appreciate you serving in this capacity, and I am confident you will render valuable service to the citizens of Alabama.

Sincerely,

*Kay Ivey*

Kay Ivey
Governor

KI/mb/am

cc:   Ms. Lisa Brooks, Executive Director
      Ms. Michele Brown
      Ms. Nita Carter

OFFICE OF THE GOVERNOR

KAY IVEY
GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-3282

# STATE OF ALABAMA

February 21, 2024

Mr. Chad E. Anderson

Mobile, Alabama 36609

Dear Mr. Anderson:

By this letter, I hereby reappoint you to the Alabama Real Estate Appraisers Board, effective immediately. This appointment is subject to Senate confirmation. You will serve as a representative of Congressional District Two. Your term of service will expire three years after your confirmation by the Senate. This letter supersedes the previous appointment letter signed on June 1, 2023.

As one of my appointees, you will be making important decisions that directly affect the citizens of Alabama. I have made honesty and integrity a priority in my Administration, and I know that you will embody these two virtues while serving the people of Alabama. Please plan to attend all meetings within reason, be a good steward of the taxpayers' money, and work in your position to instill trust in state government. The responsibility that comes with this appointment is not to be taken lightly. I trust that you will rise to the occasion and set a standard for others to follow.

I appreciate you serving in this capacity, and I am confident you will render valuable service to the citizens of Alabama.

Sincerely,

Kay Ivey

Kay Ivey
Governor

KI/mb/am

cc:   Ms. Lisa Brooks, Executive Director
      Ms. Michele Brown
      Ms. Nita Carter

OFFICE OF THE GOVERNOR

KAY IVEY
GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-3282

STATE OF ALABAMA

February 21, 2024

Mr. Mark Palmer
▮▮▮▮▮▮▮▮▮▮
Florence, Alabama 35634

Dear Mr. Palmer:

By this letter, I hereby appoint you to the Alabama Real Estate Appraisers Board, effective immediately. This appointment is subject to Senate confirmation. You will serve as a representative of Congressional District Four. Your term of service will expire three years after your confirmation by the Senate. This letter supersedes the letter signed on June 1, 2023.

As one of my appointees, you will be making important decisions that directly affect the citizens of Alabama. I have made honesty and integrity a priority in my Administration, and I know that you will embody these two virtues while serving the people of Alabama. Please plan to attend all meetings within reason, be a good steward of the taxpayers' money, and work in your position to instill trust in state government. The responsibility that comes with this appointment is not to be taken lightly. I trust that you will rise to the occasion and set a standard for others to follow.

I appreciate you serving in this capacity, and I am confident you will render valuable service to the citizens of Alabama.

Sincerely,

*Kay Ivey*

Kay Ivey
Governor

KI/mb/am

cc: Ms. Lisa Brooks, Executive Director
    Ms. Michele Brown
    Ms. Nita Carter

**OFFICE OF THE GOVERNOR**

**KAY IVEY**
GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-3282

## STATE OF ALABAMA

February 21, 2024

Mr. Andreas Smith
███████████████
Huntsville, Alabama 35801

Dear Mr. Smith:

By this letter, I hereby appoint you to the Alabama Real Estate Appraisers Board, effective immediately. This appointment is subject to Senate confirmation. You will serve as a representative of Congressional District Five. Your term of service will expire three years after your confirmation by the Senate.

As one of my appointees, you will be making important decisions that directly affect the citizens of Alabama. I have made honesty and integrity a priority in my Administration, and I know that you will embody these two virtues while serving the people of Alabama. Please plan to attend all meetings within reason, be a good steward of the taxpayers' money, and work in your position to instill trust in state government. The responsibility that comes with this appointment is not to be taken lightly. I trust that you will rise to the occasion and set a standard for others to follow.

I appreciate you serving in this capacity, and I am confident you will render valuable service to the citizens of Alabama.

Sincerely,

*Kay Ivey*

Kay Ivey
Governor

KI/mb/am

cc: Ms. Lisa Brooks, Executive Director
Ms. Michele Brown
Ms. Nita Carter

OFFICE OF THE GOVERNOR

KAY IVEY
GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-3282

## STATE OF ALABAMA

February 21, 2024

Mr. Andrew D. Watson
███████████████
Fairhope, Alabama 36532

Dear Mr. Watson:

By this letter, I hereby reappoint you to the Alabama Real Estate Appraisers Board, effective immediately. This appointment is subject to Senate confirmation. You will serve as a representative of appraisal management companies. Your term of service will expire three years after your confirmation by the Senate. This letter supersedes the appointment letter signed for this seat on June 1, 2023.

As one of my appointees, you will be making important decisions that directly affect the citizens of Alabama. I have made honesty and integrity a priority in my Administration, and I know that you will embody these two virtues while serving the people of Alabama. Please plan to attend all meetings within reason, be a good steward of the taxpayers' money, and work in your position to instill trust in state government. The responsibility that comes with this appointment is not to be taken lightly. I trust that you will rise to the occasion and set a standard for others to follow.

I appreciate you serving in this capacity, and I am confident you will render valuable service to the citizens of Alabama.

Sincerely,

Kay Ivey
Governor

KI/mb/am

cc:   Ms. Lisa Brooks, Executive Director
      Ms. Michele Brown
      Ms. Nita Carter

OFFICE OF THE GOVERNOR

KAY IVEY
GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-3282

# STATE OF ALABAMA

February 28, 2024

Ms. Melanie Housh
███████████████
Cropwell, Alabama 35054

Dear Ms. Housh:

By this letter, I hereby reappoint you to the Alabama Real Estate Appraisers Board, effective immediately. This appointment is subject to Senate confirmation. You will serve as a representative of Congressional District Three. Your term of service will expire May 5, 2026.

As one of my appointees, you will be making important decisions that directly affect the citizens of Alabama. I have made honesty and integrity a priority in my Administration, and I know that you will embody these two virtues while serving the people of Alabama. Please plan to attend all meetings within reason, be a good steward of the taxpayers' money, and work in your position to instill trust in state government. The responsibility that comes with this appointment is not to be taken lightly. I trust that you will rise to the occasion and set a standard for others to follow.

I appreciate you serving in this capacity, and I am confident you will render valuable service to the citizens of Alabama.

Sincerely,

*Kay Ivey*

Kay Ivey
Governor

KI/mb/am

cc:     Ms. Lisa Brooks, Executive Director
        Ms. Michele Brown
        Ms. Nita Carter

OFFICE OF THE GOVERNOR

KAY IVEY
GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-3282

# STATE OF ALABAMA

February 28, 2024

Mr. J. Roger Ball, Jr.
███████████████
Birmingham, AL 35213

Dear Mr. Ball:

By this letter, I hereby reappoint you to the Alabama Real Estate Appraisers Board. This appointment is subject to Senate confirmation. You will serve as a representative of Congressional District Six. Your term of service will expire March 26, 2026.

As one of my appointees, you will be making important decisions that directly affect the citizens of Alabama. I have made honesty and integrity a priority in my Administration, and I know that you will embody these two virtues while serving the people of Alabama. Please plan to attend all meetings within reason, be a good steward of the taxpayers' money, and work in your position to instill trust in state government. The responsibility that comes with this appointment is not to be taken lightly. I trust that you will rise to the occasion and set a standard for others to follow.

I appreciate you serving in this capacity, and I am confident you will render valuable service to the citizens of Alabama.

Sincerely,

*Kay Ivey*

Kay Ivey
Governor

KI/mb/am

cc:   Ms. Lisa Brooks, Executive Director
      Ms. Michele Brown
      Ms. Nita Carter



**OFFICE OF THE GOVERNOR**

**KAY IVEY**
GOVERNOR

STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-3282

# STATE OF ALABAMA

February 28, 2024

Mr. William Mackey

Gallion, Alabama 36742

Dear Mr. Mackey:

By this letter, I hereby appoint you to the Alabama Real Estate Appraisers Board. This appointment is subject to Senate confirmation. You will serve as a representative of Congressional District Seven and will serve in the position previously held by Mr. Robert Butler. Your term of service will expire May 5, 2026.

As one of my appointees, you will be making important decisions that directly affect the citizens of Alabama. I have made honesty and integrity a priority in my Administration, and I know that you will embody these two virtues while serving the people of Alabama. Please plan to attend all meetings within reason, be a good steward of the taxpayers' money, and work in your position to instill trust in state government. The responsibility that comes with this appointment is not to be taken lightly. I trust that you will rise to the occasion and set a standard for others to follow.

I appreciate you serving in this capacity, and I am confident you will render valuable service to the citizens of Alabama.

Sincerely,

*Kay Ivey*

Kay Ivey
Governor

KI/mb/am

cc:   Ms. Lisa Brooks, Executive Director
      Ms. Michele Brown
      Ms. Nita Carter

OFFICE OF THE GOVERNOR

KAY IVEY
GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-3282

# STATE OF ALABAMA

February 28, 2024

Mr. Tim Mills
███████████████
Mobile, Alabama 36695

Dear Mr. Mills:

By this letter, I hereby appoint you to the Alabama Real Estate Appraisers Board. This appointment is subject to Senate confirmation. You will serve as a representative of the general public, and you will serve in the position previously held by Ms. Patrice McClammy. Your term of service will expire March 26, 2026.

As one of my appointees, you will be making important decisions that directly affect the citizens of Alabama. I have made honesty and integrity a priority in my Administration, and I know that you will embody these two virtues while serving the people of Alabama. Please plan to attend all meetings within reason, be a good steward of the taxpayers' money, and work in your position to instill trust in state government. The responsibility that comes with this appointment is not to be taken lightly. I trust that you will rise to the occasion and set a standard for others to follow.

I appreciate you serving in this capacity, and I am confident you will render valuable service to the citizens of Alabama.

Sincerely,

*Kay Ivey*

Kay Ivey
Governor

KI/mb/am

cc:   Ms. Lisa Brooks, Executive Director
      Ms. Michele Brown
      Ms. Nita Carter