# Attachment C

# 2024 Applications of Appointed Members

**Personal Information:**

| | |
|---|---|
| **Salutation:** | Mr |
| **Full Legal Name:** | Randall Kyles |
| **Home Address:** | ████████████, Enterprise, AL 36330 |
| **Work Address:** | 5070 Boll Weevil Circle; Enterprise, AL 36330 |
| **Daytime Phone Number:** | 334-347-1738 |
| **Evening Phone Number:** | ████████ |
| **DOB:** | ████████████ |
| **Last 4 Digits of your Social Security Number:** | 7864 |
| **Are you a United States citizen?** | Yes ✔ No ☐ |
| **Are you a qualified elector in Alabama?** | Yes ✔ No ☐ |
| **Country of Birth:** | Geneva |
| **Retired?** | Yes ☐ No ✔ |
| **Email Address:** | ████████████ |
| **Occupation:** | Real Estate Appraiser |
| **Sex:** | M ✔ F ☐ |
| **Ethnicity (Optional):** | Black |

**Spouse Information:**

| | |
|---|---|
| **Legal Name:** | |
| **Job Title:** | |
| **Employer:** | |
| **Is your spouse a registered lobbyist?** | Yes ☐ No ☐ |
| **If yes, in which state is your spouse employed as a registered lobbyist:** | |

**District Information:**

| 7 | County | 2 | Congressional District |
|---|---|---|---|
| 91 | House District | 31 | Senate District |

Click on the below link to look up your district information:

https://www.sos.alabama.gov/alabama-votes/elected-official-map

**Please list the full name(s) of the seat(s) you are applying for below:**

| Board or Commission Title | Position/ Representation |
|---|---|
| Real Esate Appraisers Board | Board Member |
|  |  |
|  |  |

**Questionnaire:**

1. **Have you applied for an appointment during Governor Ivey's Administration?**

   Y ☐  N ☑  If yes, please give a detailed explanation:

2. **Are you currently a registered lobbyist or have you previously been a registered lobbyist?**

   Y ☐  N ☑  If yes, please explain your lobbying work and dates of employment.

3. Is there anything on your social media or public record that would embarrass the Office of the Governor were you to be appointed?

Y ☐  N ☑

If yes, please give a detailed explanation:

If appointed, do you commit to attending all scheduled meetings and fulfilling all other requirements and duties associated with the position you are seeking?

Y ☐  N ☑

4. Have you ever been cited for a breach of ethics for unprofessional conduct, or named in a complaint to any court of law or professional group?

Y ☐  N ☑

If yes, please give a detailed explanation:

5. Have you ever been convicted, entered a guilty plea, or entered a plea of *nolo contendere* for any criminal violation other than a moving violation or a similar minor infraction?

Y ☐   N ☑

If yes, please give a detailed explanation:

6. Are you currently under charges or indictment for any violation of the law?

Y ☐   N ☑

If yes, please give a detailed explanation:

7. Has any individual, group of individuals, or associations formally or informally protested your potential appointment?

Y ☐   N ☑

If yes, please give a detailed explanation:

8.  Are you delinquent on any federal, state, or local debt?

Y ☐ N ☑

If yes, please include all delinquencies for income, property, other taxes, governmental loans, overpayment of benefits, and required payments into governmental programs:

9.  In the last five years, have you been, or are you presently, involved in any agency proceeding or civil litigation, including proceedings regarding a professional license or certification?

Y ☐ N ☑

If yes, please give a detailed explanation:

10. In the last five years, has any business in which you, a spouse, a relative or a business associate been a party to any administrative agency proceeding or civil litigation relevant to the position in which you wish to be appointed to?

Y ☐ N ☑

If yes, please give a detailed explanation:

11. Have you ever been a party or involved in any civil or criminal legal proceedings?

Y ☐ N ☑

If yes, please give a detailed explanation (Please do not include information where no allegations of wrongdoing were alleged against you):

12. Have you ever been the subject of a complaint of discrimination on the basis of sex, race, religion, national origin, age or disability filed in court or with an administrative agency?

Y ☐ N ☑

If yes, please give a detailed explanation:

**References:**

| Legal Name: | Mr. Billy Cotter |
|---|---|
| Phone Number: | ███████████ |
| Affiliation: | Current Apprasial Board Member |

| Legal Name: | Mr. Jerry Dell |
|---|---|
| Phone Number: | ███████████ |
| Affiliation: | Appraiser |

| Legal Name: | Mr. Bill Bliss |
|---|---|
| Phone Number: | ███████████ |
| Affiliation: | Appraiser |

Please provide any additional information you would like the Governor to be aware of as she considers her appointment.

I hereby certify that the information given above is accurate. I understand that if I give false information I may be disqualified for appointment.

Date: _5/15/23_

Print Name: _Randall Kyles_

Signature: _Randall Kyles_

# Randall L. Kyles

████████████ | Enterprise, Alabama 36330  | ████████████ | ████████████████

## Summary

Hardworking and dedicated professional real estate appraiser with 19+ years of experience seeking a board seat on the Alabama Real Estate Appraisers Board.

## Professional History

First South Farm Credit

June 2003 – Present

- Transited from trainee to current title of Chief Appraiser
- Responsible for implementing and overseeing appraisal related policies within Association
- Supervise/mentor both trainee and licensed appraisers
- Analyze annual trends and land values within Association
- Engage and review appraisals completed by independent appraisers
- Appraisal completed include rural residential, hobby/part time farms, row crop, timber/recreation and poultry.

## Educational History

Troy State University

- Bachelors of Science in Business Administration – Finance (2003)

## Certifications

- Alabama Certified General Real Property Appraiser G00804
- Georgia Certified General Real Property Appraiser 428783
- American Society of Farm Managers and Rural Appraiser (ASFMRA) ARA Accreditation (2009)
- Approved Alabama Appraiser Mentor (2014)

## Professional Associations:

Actively involved in ASFMRA to include the following:

- Alabama Chapter-ASFMRA Past President, Past Vice President and current Secretary Treasury
- ASFMRA District II Vice President (2016 – 2020 & 2021 - Current)
- ASFMRA Education Committee (2016 - 2021)
- ASFMRA Mentoring Committee (2020  - Current)
- ASFMRA Certified Instructor (2011)

# Chad E. Anderson, SRA, AI-RRS

███████████
Mobile, AL 36695
███████████████

January 5, 2022

Honorable Kay Ivey
Governor, State of Alabama
Alabama State Capitol
600 Dexter Avenue
Montgomery, AL 36130

Dear Governor Ivey,

I am writing to express my interest in being reappointed to the Alabama Real Estate Appraisers Board to represent the 1st Congressional District. It has been my pleasure to have attended and actively participated in every meeting and I am honored to currently serve on the Education Committee and as the Chair of the Disciplinary Committee.

I have been a residential real estate appraiser since 2006 and in that time, I have become active in the leadership for the Alabama Chapter of the Appraisal Institute serving on the Board of Directors for our Chapter. I have also been a repeat presenter at the University of South Alabama (my alma mater) at the request of Dr. Reid Cummings, helping to mentor and advise students interested in a career in real estate.

I believe my experience as a residential appraiser and my dedication to protect the integrity of our profession has allowed me to serve well on the Appraisers Board and I am excited to have the opportunity to continue that service. Thank you for your consideration in this reappointment. I have attached my resume for your review.

Sincerely,

Chad E. Anderson, SRA, AI-RRS

Cc: Emily Moore, Executive Assistant to the Director of Appointments



# Chad E. Anderson, SRA, AI-RRS

████████████  Mobile, AL 36695

| | |
|---|---|
| Appraisal Education Courses (Partial) | Principles and Procedures of Real Estate Appraisals |
| | National USPAP Updates |
| | <u>Appraisal Institute (AI) - Chicago, IL</u> |
| | AI - Quality Assurance in Residential Appraisals |
| | AI - Mtg. Fraud and Valuation in the Government Sec |
| | AI - Res. Market Analysis and Highest and Best Use |
| | AI - Res. Site Valuation and Cost Approach |
| | AI - Res. Sales Comparison and Inc. Approaches |
| | AI - Res. Report Writing and Case Studies |
| | AI - R/E Finance, Statistics & Valuation Modeling |
| | AI - Adv. Res. Rep. Writing & Case Study Pts. 1 and 2 |
| | AI - App. of Residential Property for Foreclosure |
| | AI - Business Practices and Ethics |
| | AI - Evaluating Residential Construction |
| | AI - Review Theory - Residential |
| | AI - Report Writing the Right Way |
| | AI - Common Appraisal, USPAP & Review Errors |
| | AI - Understanding and Applying Litigation Skills |
| | AI - Appraiser as an Expert Witness: Preparation & Testimony |
| | AI - Case Studies in Complex Valuation |
| | AI - Residential Applications: Using Technology to Measure and Support Assignment Results |
| | AI - Condemnation Appraising: Principles & Applications |
| | AI - Attacking and Defending An Appraisal in Litigation |
| | |
| Undergraduate | University of South Alabama |
| | Major: Finance; Bachelor of Science awarded 2003 |
| | |
| **Employment** | |
| | |
| Owner / Real Property Appraiser | SouthEastern Appraisal Services, LLC |
| | Mobile, AL |
| | February 2012 - Present |
| | |
| Owner / Real Property Appraiser | Anderson Appraisal Group |
| | Mobile, AL |
| | February 2010 - February 2012 |
| | |
| Real Property Appraiser | The Holyfield Company, Inc |
| | Mobile, AL / Biloxi, MS |
| | February 2006 - February 2010 |

Professional Designations and Certifications:
Alabama State Certified Real Property Appraiser - Certification Number R01067
Mississippi State Certified Real Property Appraiser - Certification Number RA-893
SRA and AI-RRS Designations awarded from the Appraisal Institute
Appointed by Governor Kay Ivey to the State of Alabama Real Estate Appraisers Board - 2019

## Personal Information:

| | |
|---|---|
| **Salutation:** | Mr. |
| **Full Legal Name:** | Mark Allen Palmer |
| **Home Address:** | ███████████ Florence, Alabama 35634 |
| **Work Address:** | 109 Courtview Towers  Florence, Alabama 35630 |
| **Daytime Phone Number:** | 256-764-5265 |
| **Evening Phone Number:** | ███████ |
| **DOB:** | ███████████ |
| **Last 4 Digits of your Social Security Number:** | 8882 |
| **Are you a United States citizen?** | Yes ✔  No ☐ |
| **Are you a qualified elector in Alabama?** | Yes ✔  No ☐ |
| **Country of Birth:** | Germany (US Air Force Base) |
| **Retired?** | Yes ☐  No ✔ |
| **Email Address:** | ████████████ |
| **Occupation:** | Real Estate Appraiser |
| **Sex:** | M ✔  F ☐ |
| **Ethnicity (Optional):** | American |

## Spouse Information:

| | |
|---|---|
| **Legal Name:** | Jennifer Jenkins Palmer |
| **Job Title:** | Clinical Instructor-Nursing |
| **Employer:** | University of Alabama in Huntsville |
| **Is your spouse a registered lobbyist?** | Yes ☐  No ✔ |
| **If yes, in which state is your spouse employed as a registered lobbyist:** | |

## District Information:

Lauder **County**       5 **Congressional District**

2 **House District**       1 **Senate District**

**Click on the below link to look up your district information:**

https://www.sos.alabama.gov/alabama-votes/elected-official-map

**Please list the full name(s) of the seat(s) you are applying for below:**

| Board or Commission Title | Position/ Representation |
|---|---|
| Real Estate Appraisers Board | Board Member - 5th District |
| | |
| | |

**Questionnaire:**

1. **Have you applied for an appointment during Governor Ivey's Administration?**

   Y ☐  N ☑  **If yes, please give a detailed explanation:**

2. **Are you currently a registered lobbyist or have you previously been a registered lobbyist?**

   Y ☐  N ☑  **If yes, please explain your lobbying work and dates of employment.**

3. Is there anything on your social media or public record that would embarrass the Office of the Governor were you to be appointed?

Y ☐ N ☑

If yes, please give a detailed explanation:

If appointed, do you commit to attending all scheduled meetings and fulfilling all other requirements and duties associated with the position you are seeking?

Y ☑ N ☐

4. Have you ever been cited for a breach of ethics for unprofessional conduct, or named in a complaint to any court of law or professional group?

Y ☐ N ☑

If yes, please give a detailed explanation:

5. Have you ever been convicted, entered a guilty plea, or entered a plea of *nolo contendere* for any criminal violation other than a moving violation or a similar minor infraction?

Y ☐  N ☑

If yes, please give a detailed explanation:

6. Are you currently under charges or indictment for any violation of the law?

Y ☐  N ☑

If yes, please give a detailed explanation:

7. Has any individual, group of individuals, or associations formally or informally protested your potential appointment?

Y ☐  N ☑

If yes, please give a detailed explanation:

8. **Are you delinquent on any federal, state, or local debt?**

   Y ☐  N ☑

   If yes, please include all delinquencies for income, property, other taxes, governmental loans, overpayment of benefits, and required payments into governmental programs:

9. **In the last five years, have you been, or are you presently, involved in any agency proceeding or civil litigation, including proceedings regarding a professional license or certification?**

   Y ☐  N ☑

   If yes, please give a detailed explanation:

10. In the last five years, has any business in which you, a spouse, a relative or a business associate been a party to any administrative agency proceeding or civil litigation relevant to the position in which you wish to be appointed to?

Y ☐ N ☑

If yes, please give a detailed explanation:

11. Have you ever been a party or involved in any civil or criminal legal proceedings?

Y ☑ N ☐

If yes, please give a detailed explanation (Please do not include information where no allegations of wrongdoing were alleged against you):

I performed a court appointed appraisal in March of 2017 for Judge Gil Self in a contract dispute case he presided over. There were already 2 appraisals and I performed a 3rd appraisal at the direction of the court when the parties could not reach an agreement. After the case was settled by Judge Self, one of the parties in the case filed a complaint with the Alabama Real Estate Appraisers Board in March of 2018. The complaint was dismissed in November 2018. At that point, the party filed suit against me in Lauderdale County Circuit Court in March of 2019. The complaint was dismissed in May 2019 at the hearing. At this point, it was appealed to the State Supreme Court. The State Supreme Court did not take it up and upheld the lower court decision in May of 2020.

12. Have you ever been the subject of a complaint of discrimination on the basis of sex, race, religion, national origin, age or disability filed in court or with an administrative agency?

Y ☐ N ☑

If yes, please give a detailed explanation:

**References:**

| | |
|---|---|
| **Legal Name:** | Elton R. Coley, MAI |
| **Phone Number:** | ███████ |
| **Affiliation:** | Peer- Professional appraiser |

| | |
|---|---|
| **Legal Name:** | Richard Pettey, MAI, SRA |
| **Phone Number:** | ███████ |
| **Affiliation:** | Peer-Professional appraiser |

| | |
|---|---|
| **Legal Name:** | Chris Pettey, MAI, SRA |
| **Phone Number:** | ███████ |
| **Affiliation:** | Peer-Professional appraiser |

**Please provide any additional information you would like the Governor to be aware of as she considers her appointment.**

I am licensed as a Certified General real estate appraiser in Alabama with nearly 20 years experience in Alabama. I also hold a MAI designation with the Appraisal Institute.

**I hereby certify that the information given above is accurate. I understand that if I give false information I may be disqualified for appointment.**

**Date:** 05/15/2023

**Print Name:** Mark A. Palmer

**Signature:**



**Office of Governor Kay Ivey**

**Gubernatorial Appointment Application**

Thank you for your interest in being considered for a gubernatorial appointment by Governor Kay Ivey. The Appointments Office supports Governor Ivey in meeting her major obligation to appoint qualified, representative, and appropriate people to positions on regulatory and licensing boards and commissions, university boards of trustees, advisory boards, and task forces. We are continually looking for qualified candidates to serve on 500+ boards and commissions that make decisions affecting the day-to-day lives of Alabamians.

**Attach a resume to the signed application and submit your application packet using one of the following methods below.**

Appointments@governor.alabama.gov

You may submit your application by mail to the following address:

Governor Kay Ivey
Attn: Mason Bass
600 Dexter Avenue
Montgomery, Alabama 36130

The Appointments Office will contact you if additional information is required. Please bear in mind that Governor Ivey is often statutorily required to select appointees from a list of various association-nominated candidates. The Governor's Appointments Office makes every effort to ensure that the membership of statewide boards is inclusive and reflective of the racial, gender, geographic, urban/rural, and economic diversity of the state.

If you are appointed to a board or commission, you will receive a copy of your appointment letter by U.S. mail within five business days after your appointment.

**CONFIDENTIALITY DISCLAIMER: All materials submitted to the Governor's Office as part of an appointment application could be considered public records disclosable to the public upon request. Information _may_ be considered confidential, however, in certain limited circumstances—e.g., if its disclosure would result in undue harm or embarrassment to an individual. If you believe this application calls for the submission of any information that requires confidentiality, please contact our office prior to submission.**

**Personal Information:**

| | |
|---|---|
| **Prefix:** | Mr. |
| **Full Legal Name:** | Andreas Julian Smith (A.J.) |
| **Home Address:** | ███████████ Huntsville, Alabama 35801 |
| **Work Address:** | 102 Clinton Avenue, Unit 302, Huntsville, Alabama 35801 |
| **Daytime Phone Number:** | ██████ |
| **Evening Phone Number:** | ██████ |
| **DOB:** | ████████████ |
| **Last 4 Digits of your Social Security Number:** | 5497 |
| **Are you a United States citizen?** | Yes ✓ No ☐ |
| **Country of Birth:** | United States |
| **Retired?** | Yes ☐ No ✓ |
| **Email Address:** | ████████ |
| **Occupation:** | Real Estate Appraiser and Real Estate Broker |
| **Sex:** | M ✓ F ☐ |
| **Ethnicity (Optional):** | African-American |

**Spouse Information:**

| | |
|---|---|
| **Legal Name:** | |
| **Job Title:** | |
| **Employer:** | |
| **Is your spouse a registered lobbyist?** | Yes ☐ No ☐ |
| **If yes, in which state is your spouse employed as a registered lobbyist:** | |

**District Information:**

| 47 | **County** | 5 | **Congressional District** |
|---|---|---|---|
| 21 | **House District** | 7 | **Senate District** |

Click on the below link to look up your district information:

**https://www.sos.alabama.gov/alabama-votes/elected-official-map**

**Please list the full name(s) of the seat(s) you are applying for below:**

| **Board or Commission Title** | **Position/ Representation** |
|---|---|
| Alabama Real Estate Appraisers Board | Board Member |
|  |  |
|  |  |

## Questionnaire:

1. **Have you applied for an appointment during Governor Ivey's Administration?**

   Y ☐ N ☑ **If yes, please give a detailed explanation:**

2. **Are you currently a registered lobbyist or have you previously been a registered lobbyist?**

   Y ☐ N ☑ **If yes, please explain your lobbying work and dates of employment.**

3.  **Is there anything on your social media or public record that would embarrass the Office of the Governor were you to be appointed?**

Y ☐ N ☑

If yes, please give a detailed explanation:

4.  **If appointed, do you commit to attending all scheduled meetings and fulfilling all other requirements and duties associated with the position you are seeking?**

Y ☑ N ☐

5.  **Have you ever been cited for a breach of ethics for unprofessional conduct, or named in a complaint to any court of law or professional group?**

Y ☐ N ☑

If yes, please give a detailed explanation:

6. **Have you ever been convicted, entered a guilty plea, or entered a plea of *nolo contendere* for any criminal violation other than a moving violation or a similar minor infraction?**

Y ☐   N ☑

**If yes, please give a detailed explanation:**

7. **Are you currently under charges or indictment for any violation of the law?**

Y ☐   N ☑

**If yes, please give a detailed explanation:**

8. **Has any individual, group of individuals, or associations formally or informally protested your potential appointment?**

Y ☐   N ☑

**If yes, please give a detailed explanation:**

9. **Are you delinquent on any federal, state, or local debt?**

Y ☐ N ☑

If yes, please include all delinquencies for income, property, other taxes, governmental loans, overpayment of benefits, and required payments into governmental programs:

10. **In the last five years, have you been, or are you presently, involved in any agency proceeding or civil litigation, including proceedings regarding a professional license or certification?**

Y ☐ N ☑

If yes, please give a detailed explanation:

11. **In the last five years, has any business in which you, a spouse, a relative or a business associate been a party to any administrative agency proceeding or civil litigation relevant to the position in which you wish to be appointed to?**

    Y ☐  N ☑

    **If yes, please give a detailed explanation:**

12. **Have you ever been a party or involved in any civil or criminal legal proceedings?**

    Y ☐  N ☑

    **If yes, please give a detailed explanation (Please do not include information where no allegations of wrongdoing were alleged against you):**

13. **Have you ever been the subject of a complaint of discrimination on the basis of sex, race, religion, national origin, age or disability filed in court or with an administrative agency?**

    Y ☐  N ☑

    **If yes, please give a detailed explanation:**

**References:**

| Legal Name: | Congressman Dale Strong |
|---|---|
| Phone Number: | ████████ |
| Affiliation: | Constituent |

| Legal Name: | State Senator Sam Givhan |
|---|---|
| Phone Number: | ████████ |
| Affiliation: | Constituent |

| Legal Name: | State Representative James Lomax |
|---|---|
| Phone Number: | ████████ |
| Affiliation: | Client |

**Please provide any additional information you would like the Governor to be aware of as she considers her appointment.**

Please see attached CV

**I hereby certify that the information given above is accurate. I understand that if I give false information I may be disqualified for appointment.**

**Date:** 01/22/2024

**Print Name:** A.J. Smith

**Signature:**

**ANDREW D. WATSON, CPA** *(inactive),* **CVA**
*Certified General Appraiser ALG01164,FLRD5953,GA305500,LA3787CRA*
WAIV Valuation, Inc
Mailing: 82 Plantation Point #213, Fairhope, AL 36532
Physical: 363 Commercial Park Dr, Fairhope, AL 36532
Home: ▮▮▮▮▮▮▮▮▮ Fairhope, AL  36532
DOB: ▮▮▮▮▮▮
Direct ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮

**EDUCATION:**     **University of Mississippi**
*Masters of Accountancy*, 1997
*Bachelor of Accountancy*, 1996

Certified Public Accountant (CPA- inactive), 1999
Certified Residential Appraisal Qualifying Education, 2002
Certified General Appraisal Qualifying Education, 2013
Certified USPAP Instructor, 2014
National Association of Certified Valuators and Analysts, Certified
Valuation Analyst (CVA), 2016
Alabama Mortgage Bankers Association- Board of Directors 2016-17

**PROFESSIONAL EXPERIENCE:**

| | | |
|---|---|---|
| **Oct 2005**<br>**to Present** | **WAIV Valuation Inc.**<br>President and Certified Real  Property Appraiser | Baldwin County, Alabama |
| **May 2003**<br>**to Oct 2005** | **Crest Appraisal Group, Inc.**<br>*Trainee Real Property Appraiser* | Birmingham, Alabama |
| **Dec 2002**<br>**to May 2003** | **PriceWaterhouseCoopers, LLP**<br>*Experienced Senior Auditor* | Birmingham, Alabama |
| **June 2001**<br>**to Nov 2002** | **Sunbelt Environmental, Inc.**<br>*Director of Finance* | Gulf Shores, Alabama |
| **Aug 1997**<br>**to Nov 2000** | **Arthur Andersen, LLP**<br>*Senior Auditor-* New York Financial Markets Division (1998-2000) | Grand Cayman, BWI |



**Office of Governor Kay Ivey**

**Gubernatorial Appointment Application**

Thank you for your interest in being considered for a gubernatorial appointment by Governor Kay Ivey. The Appointments Office supports Governor Ivey in meeting her major obligation to appoint qualified, representative, and appropriate people to positions on regulatory and licensing boards and commissions, university boards of trustees, advisory boards, and task forces. We are continually looking for qualified candidates to serve on 450+ boards and commissions that make decisions affecting the day-to-day lives of Alabamians.

To submit a complete application, please be sure to attach a resume to the application, sign the last page of the application, and submit your application packet via email to:

Appointments@governor.alabama.gov

If you prefer, you may submit your application by mail to the following address:

Governor Kay Ivey
Attn: Nathan Lindsay
600 Dexter Avenue
Montgomery, Alabama 36130

The Appointments Office will contact you if additional information is required. Please bear in mind that Governor Ivey is often statutorily required to select appointees from a list of various association-nominated candidates. The Governor's Appointments Office makes every effort to ensure that the membership of statewide boards is inclusive and reflective of the racial, gender, geographic, urban/rural, and economic diversity of the state.

If you are appointed to a board or commission, you will receive a copy of your appointment letter by U.S. mail within five business days after your appointment.

**<u>CONFIDENTIALITY DISCLAIMER:</u> All materials submitted to the Governor's Office as part of an appointment application could be considered public records disclosable to the public upon request. Information *may* be considered confidential, however, in certain limited circumstances—e.g., if its disclosure would result in undue harm or embarrassment to an individual. If you believe this application calls for the submission of any information that requires confidentiality, please contact our office prior to submission.**

**Personal Information:**

| | |
|---|---|
| **Salutation:** | Mrs. |
| **Full Legal Name:** | Melanie Steinichen Housh |
| **Home Address:** | ██████████ Cropwell, AL 35054 |
| **Work Address:** | 1000 Bruce Etheredge Parkway, Suite 214, Pell City, AL 35128 |
| **Daytime Phone Number:** | 205-814-7543 |
| **Evening Phone Number:** | ██████ |
| **DOB:** | ██████████ |
| **Last 4 Digits of your Social Security Number:** | 2228 |
| **Are you a United States citizen?** | Yes ✓  No ☐ |
| **Are you a qualified elector in Alabama?** | Yes ☐  No ✓ |
| **Country of Birth:** | USA |
| **Retired?** | Yes ☐  No ✓ |
| **Email Address:** | ██████ |
| **Occupation:** | Real Property Appraiser |
| **Sex:** | M ☐  F ✓ |
| **Ethnicity (Optional):** | |

**Spouse Information:**

| | |
|---|---|
| **Legal Name:** | Eric Housh |
| **Job Title:** | VP of Marketing and Sales |
| **Employer:** | Fast Slow Pitch |
| **Is your spouse a registered lobbyist?** | Yes ☐  No ✓ |
| **If yes, in which state is your spouse employed as a registered lobbyist:** | |

**District Information:**

_59_ **County**  _3_ **Congressional District**

_36_ **House District**  _11_ **Senate District**

**Click on the below link to look up your district information:**

https://www.sos.alabama.gov/alabama-votes/elected-official-map

**Please list the full name(s) of the seat(s) you are applying for below:**

| <u>Board or Commission Title</u> | <u>Position/ Representation</u> |
|---|---|
| Real Estate Appraisers Board | Member, 3rd Congressional District |
| | |
| | |

## <u>Questionnaire:</u>

1. **Have you applied for an appointment during Governor Ivey's Administration?**

   Y ☐ N ☑  **If yes, please give a detailed explanation:**

2. **Are you currently a registered lobbyist or have you previously been a registered lobbyist?**

   Y ☐ N ☑  **If yes, please explain your lobbying work and dates of employment.**

3. **Is there anything on your social media or public record that would embarrass the Office of the Governor were you to be appointed?**

Y ☐ N ☑

If yes, please give a detailed explanation:

If appointed, do you commit to attending all scheduled meetings and fulfilling all other requirements and duties associated with the position you are seeking?

Y ☑ N ☐

4. **Have you ever been cited for a breach of ethics for unprofessional conduct, or named in a complaint to any court of law or professional group?**

Y ☐ N ☑

If yes, please give a detailed explanation:

5.  Have you ever been convicted, entered a guilty plea, or entered a plea of *nolo contendere* for any criminal violation other than a moving violation or a similar minor infraction?

Y ☐   N ☑

If yes, please give a detailed explanation:

6.  Are you currently under charges or indictment for any violation of the law?

Y ☐   N ☑

If yes, please give a detailed explanation:

7.  Has any individual, group of individuals, or associations formally or informally protested your potential appointment?

Y ☐   N ☑

If yes, please give a detailed explanation:

8. **Are you delinquent on any federal, state, or local debt?**

   Y ☐ N ☑

   If yes, please include all delinquencies for income, property, other taxes, governmental loans, overpayment of benefits, and required payments into governmental programs:

9. **In the last five years, have you been, or are you presently, involved in any agency proceeding or civil litigation, including proceedings regarding a professional license or certification?**

   Y ☐ N ☑

   If yes, please give a detailed explanation:

10. **In the last five years, has any business in which you, a spouse, a relative or a business associate been a party to any administrative agency proceeding or civil litigation relevant to the position in which you wish to be appointed to?**

Y ☐  N ☑

If yes, please give a detailed explanation:

11. **Have you ever been a party or involved in any civil or criminal legal proceedings?**

Y ☐  N ☑

If yes, please give a detailed explanation (Please do not include information where no allegations of wrongdoing were alleged against you):

12. **Have you ever been the subject of a complaint of discrimination on the basis of sex, race, religion, national origin, age or disability filed in court or with an administrative agency?**

Y ☐  N ☑

If yes, please give a detailed explanation:

**References:**

| | |
|---|---|
| **Legal Name:** | David Mullins, MAI |
| **Phone Number:** | ███████ |
| **Affiliation:** | Mentor, Certified General Real Property Appraiser |

| | |
|---|---|
| **Legal Name:** | Mark Haller, MAI |
| **Phone Number:** | ███████ |
| **Affiliation:** | Colleague, Member of Alabama Real Estate Appraisers Board |

| | |
|---|---|
| **Legal Name:** | Roger Ball, MAI |
| **Phone Number:** | ███████ |
| **Affiliation:** | Colleague, Member of Alabama Real Estate Appraisers Board |

**Please provide any additional information you would like the Governor to be aware of as she considers her appointment.**

I am interested in representing the 3rd Congressional District as a member of the Alabama Real Estate Appraisers Board. The Honorable Carroll Watson, the current 3rd District member, has served two terms and is ineligible for reappointment. Several of my professional colleagues and two current board members have encouraged me to pursue this opportunity. I feel strongly about the need to fill the position with a qualified candidate. Decisions made by this board can affect not only the livelihood of individual appraisers in Alabama, but the reputation and future of the entire industry. I believe my unique skillset and business experience will be an asset to the Appraisers Board.

**I hereby certify that the information given above is accurate. I understand that if I give false information I may be disqualified for appointment.**

Date:   03/30/2020

Print Name:   Melanie Housh

Signature:   _Melanie Housh_

**Melanie S. Housh, MAI**
**MSH Appraisal**
**1000 Bruce Etheredge Parkway, Suite 214**
**Pell City, AL 35128**

████████████

## Summary of Qualifications

- Expert in utilizing Compared Sales Analysis, Cost Approach, and Income Approach to develop opinion of market value for commercial, industrial, single and multi-family residential, and agricultural properties for mortgage banking, right-of-way and condemnation, private estates, and tax purposes

- Performed appraisals for the total and partial acquisition of property for public use by government entities including Alabama Department of Transportation, Jefferson County, Shelby County, Shelby County Water Authority, St. Clair Health Care Authority, City of Birmingham, City of Hoover, City of Tuscaloosa, and City of Pell City

- Experienced in valuation and consultation of atypical properties that require a deep understanding of appraisal principles and procedures including across-the-fence method for railroad corridors, utility analysis for quantifying damages caused by partial acquisitions, and highest and best use analysis to validate potential use in wetlands mitigation

## Appraisal Experience
06/19-Present     Owner, MSH Appraisal
03/13-06/19     Commercial Real Property Appraiser with Mullins, LLC
08/07-03/13     Real Property Appraiser Trainee under David Mullins, MAI

## Licensure
Certified General Real Property Appraiser
State of Alabama G01089

## Education
2000, Auburn University
Auburn, Alabama
Bachelor of Arts, Economics

## Professional Affiliations
Appraisal Institute     Designated Member-2016
    Region IX Regional Representative-2015, 2017, and 2018
    Public Relations Committee- 2014-2017
    Candidate Guidance Committee-2015

## Civic Organizations
Rotary Club of Pell City
Logan Martin Lake Protection Association

# J.  ROGER  BALL  JR.,  MAI,  AI-GRS,  SR/WA

███████████████
Birmingham, AL 35213
███████████████

January 27, 2021

Honorable Kay Ivey
Governor, State of Alabama
Alabama State Capitol
600 Dexter Avenue
Montgomery, AL 36130

Dear Governor Ivey:

I am writing to express my interest in being reappointed to the Alabama Real Estate Appraisers Board to represent the 6th District. I have thoroughly enjoyed my last two years on the board and currently serve as the Chair of the Education Committee. I also serve on the Legislative and Appraisal Experience / Discipline Committee. In October 2019 I traveled to Washington D.C. and represented our board at the annual ARRO Conference which was a wonderful learning opportunity. While at the conference, I networked with fellow appraisal board members from around the country and discussed best practices and board procedures.

I graduated from Birmingham-Southern College in 2003 and immediately went to work under the direct supervision of T. Julian Skinner, III, MAI, CRE. For the last 13 years I have been employed by Commercial Valuation Services, Inc. During this time, I have obtained my MAI and AI-GRS designations from the Appraisal Institute. I also obtained the SR/WA designation from the International Right of Way Association, and I am a candidate for the CCIM designation. I have served in all of the executive leadership capacities, including President, for both the Alabama Chapter of the Appraisal Institute and the Alabama Chapter of the International Right of Way Association.

My passion for the appraisal profession has led me to be very involved with the Appraisal Institute on a national level. I currently serve as the Vice Chair of the Appraisal Institute's National Education Committee, and I am a member of the National University Relations Committee. In 2017, I was the recipient of the Appraisal Institute President's Award, becoming the youngest person in the 80-year history of the 19,000-member organization to receive this award.

In 2018 I was appointed to the Advisory Board of Trustees for the Alabama Center for Real Estate by The University of Alabama. This has given me an opportunity to work with other real estate professionals from across the state and has been a very rewarding experience. While serving in this capacity, I have also been able to interact with university students and encourage them to pursue a career in real estate.

I think that my past leadership experiences and passion for the appraisal profession will continue to be a great benefit to the Alabama Real Estate Appraisers Board. Thank you for considering me for this reappointment. I have attached my resume for your review.

Sincerely,

*James R. Ball R.*

J. Roger Ball Jr., MAI, AI-GRS, SR/WA

cc:    Emily Moore, Executive Assistant to the Director of Appointments

J. Roger Ball Jr., MAI, AI-GRS, SR/WA                                    Professional Qualifications

## PERSONAL DETAILS



**Roger Ball is an advisor with:**

Commercial Valuation Services
2140 11th Avenue South, Suite 208
Birmingham, Alabama 35205



## CORE SKILLS

- A seasoned real estate professional with property valuation, property advisory, property consultation, and appraisal review experience
- Strong analytical and project management skills with the proven ability to complete complicated assignments in a variety of locations
- Qualified as an expert witness in Jefferson County, Shelby County, Tuscaloosa County, St. Clair County, Talladega County, Bibb County, Hale County, Blount County, Etowah County, and Calhoun County Alabama
- Experienced in managing large Right-of-Way acquisition valuation projects including electrical, gas, and highway projects
- Experienced in the valuation and review of assorted commercial properties including: vacant land, single and multi-tenant industrial buildings, single and multi-tenant retail buildings, single and multi-tenant office buildings, restaurants, apartment complexes, condominiums, and a variety of special-purpose properties

## EDUCATION

Birmingham-Southern College, Birmingham, Alabama
**Economics Major, Business Minor**                                                         2003

## PROFESSIONAL ACHIEVEMENTS

- 6th Congressional District Representative on the Alabama Real Estate Appraisers Board – Appointed by Governor Kay Ivey; 2019-Present
- Recipient of the Appraisal Institute President's Award in 2017, becoming the youngest person in the 80-year history of the 19,000 member organization to receive this award
- Member of the Advisory Board of Trustees for the Alabama Center for Real Estate, The University of Alabama; 2018-Present
- Member of the National University Relations Committee, Appraisal Institute, 2020
- MAI and AI-GRS Designated Member of the Appraisal Institute
- President of the Board of Directors of the International Center for Valuation Certification, an affiliate of the Appraisal Institute; 2019 (served as Vice President in 2018; Member since 2016)
- Member of the National Education Committee, Appraisal Institute; 2017-2019, 2021
- Member of the National University Relations Committee, Appraisal Institute 2020-2021
- Member of the Alabama Chapter of the Appraisal Institute: Past President 2019, President 2018, Vice President 2017, Treasurer 2016, Chairman of the Finance Committee 2016, Chairman of the Education Committee 2015-2017, Secretary 2015, Board Member 2012-2018; Education Committee 2013-2014, Candidate Guidance Committee 2013, Associate Member Chair 2012, Alternate Regional Representative 2011
- Approved Instructor for the Appraisal Institute
- February 2016 Volunteer of Distinction for Region IX, Appraisal Institute
- President's Award for Outstanding Service to the Chapter in 2015, 2016, and 2017, Alabama Chapter of the Appraisal Institute
- Discussion Leader for *Region IX Leadership Development and Advisory Council*, Appraisal Institute; 2015-2017
- Member of the *Leadership Development and Advisory Council*, Appraisal Institute; 2012-2014
- Member of the *Litigation Professional Development Program*, Appraisal Institute
- Member of the *Valuation of Conservation Easements Professional Development Program*, Appraisal Institute
- Member of the Inaugural Class of the *Fundamentals of Separating Real Property, Personal Property, and Intangible Business Assets Professional Development Program*, Appraisal Institute
- Advisor in the *Candidate for Designation Program*, Appraisal Institute
- SR/WA Designated Member of the International Right of Way Association (IRWA), Gardena, California
- Member of the Alabama Chapter of the International Right of Way Association:  President and 1 Year Director 2016-2017, Vice President and 2 Year Director 2015-2016, Treasurer 2014-2015, Secretary 2013-2014
- Candidate for the Certified Commercial Investment Member Designation (CCIM), Chicago, Illinois
- Member of the CCIM Chapter of Alabama
- State of Alabama Certified General Real Property Appraiser, License No. ▮▮▮▮▮

# J. Roger Ball Jr., MAI, AI-GRS, SR/WA

## Professional Qualifications

## PRESENTATIONS

- 2019 Appraisal Institute Annual Meeting – "Discussions on Writing Client and Reviewer Friendly Reports" – *Denver, Colorado*
- 2019 International Right of Way Association 60th Annual Right of Way Conference – "Discussions on Writing Client and Reviewer Friendly Reports" – Tuscaloosa, Alabama
- 2018 Alabama Chapter of the Appraisal Institute – "Discussions on Writing Client and Reviewer Friendly Reports" – Birmingham, Alabama
- 2018 Appraisal Institute Annual Meeting – "Proper Planning Prevents Poor Performance – The Importance of Client Communication" – Nashville, Tennessee
- 2018 International Right of Way Association 59th Annual Right of Way Conference – "A Condemnation Case Study" – Tuscaloosa, Alabama
- 2017 Alabama Power Company Corporate Real Estate Department Meeting – "Transmission Line Easement Valuation" – Birmingham, Alabama
- 2014 International Right of Way Association 55th Annual Right of Way Conference - "Appraising Income Producing Properties" – *Tuscaloosa, Alabama*

## Appraisal Institute Education (Partial List)

- Condemnation Appraising: Principles and Applications
- Litigation Appraising: Specialized Topics and Applications
- The Appraiser as the Expert Witness: Preparation and Testimony
- Complex Litigation Appraisal Case Studies
- Eminent Domain for Alabama Appraisers
- Attacking and Defending an Appraisal in Litigation
- Case Studies in Complex Valuation
- Best Practices for the Real Estate Appraiser
- Uniform Standards for Federal Land Acquisitions
- Fundamentals of Separating Real Property, Personal Property, and Intangible Business Assets
- Valuation of Conservation Easements

- Forest Valuation for Non-Foresters
- Appraising Forest Land and Timber
- Review Theory General
- Advanced Applications
- Advanced Income Capitalization
- Advanced Sales Comparison and Cost Approaches
- Market Analysis & Highest and Best Use
- Advanced Spreadsheet Modeling for Valuation Applications
- Report Writing and Case Studies
- Evaluating Commercial Construction
- National USPAP Course - 15 Hour
- National USPAP Course - 7 Hour

## International Right of Way Association Education

- 100 – Principles of Land Acquisitions
- 103 – Ethics and Right of Way Profession
- 104 Standards of Practice for the Right of Way Professional
- 201 – Communication in Real Estate Acquisition
- 207 – Practical Negotiations for Federally Funded Acquisitions
- 403 – Easement Valuation

- 421 – The Valuation of Partial Acquisitions
- 700 – Introduction to Property/Asset Management
- 800 – Principles of Real Estate Law
- 802 – Legal Aspects of Easements
- 804 – Skills of Expert Testimony
- 900 – Principles of Real Estate Engineering

## CCIM Institute Education

- CI 101 – Financial Analysis

- CI 102 – Market Analysis

## EMPLOYMENT HISTORY

### 2007 - Current: Commercial Valuation Services, Inc.: Senior Real Estate Advisor and Expert Witness

*Major Projects:*

- Numerous Electric and Gas Transmission Line Right of Way Projects – Alabama Power Company
- Lake Martin Leased Lot Sales Program – Alabama Power Company
- U.S. Highway 82 Gordo Bypass – Alabama Department of Transportation
- Deep Water Industrial Property Lease Negotiations in Mobile, Alabama – Chippewa Lakes, LLC
- Numerous Asset Valuations – The University of Alabama
- Numerous Tax Appeal Cases – Bradley
- Forensic Analysis of Operating Expenses of a Large Multi-tenant Office Building - Baker Donelson Law Firm
- Country Crossings Casino in Dothan, Alabama – Baker Donelson Law Firm
- Numerous Estate Valuations – Maynard Cooper and Gale

*Key clients:*

- Alabama Department of Conservation and Natural Resources, Alabama Department of Transportation, Alabama Power Company, AT&T Corporate Real Estate, Baker Donelson, Bank of America, Bradley, First American Title Company, Iberia Bank, JP Morgan Chase, Maynard Cooper and Gale, Mississippi Valley Title Company, Regions Bank, Regions Trust, ServisFirst Bank, Synovus Trust, The University of Alabama, Tillman Consulting, LLC, Wells Fargo Bank

### 2004 – 2007: Real Property Solutions, Inc. Birmingham, Alabama: Commercial Appraiser

- Worked under the direct supervision of Thomas Julian Skinner III, MAI, and involved in all aspects of the appraisal profession
- Engaged in fee appraisals, condemnation cases, and rezoning cases
- Provided expert witness litigation support which involved conducting research, organizing data, and preparing exhibits

## INTERESTS

### Civic

- 2020-Present – State President of the Coastal Conservation Association of Alabama
- 2018-Present – Chairman of the Coastal Conservation Association Alabama State Management Committee
- 2014-Present – Member of the Birmingham-Southern College Norton Board – Business and Accounting Advisory Committee
- 2013-2015 – Vice President of Advancement for the Birmingham-Southern College Alumni Association
- 2013-2014 – President of the Birmingham Chapter of the Coastal Conservation Association
- 2013-2015 – Co-Chairman of the Downtown Birmingham Chapter of Ducks Unlimited
- 2014-Present – Usher at All Saints' Episcopal Church
- 2018-Present - Member of Stewardship Committee at All Saints' Episcopal Church

# WILLIAM D. MACKEY, ALC, CCIM

▓▓▓▓▓▓▓▓
Gallion, Alabama 36742
▓▓▓▓▓▓▓▓

RECEIVED

FEB 1 6 2021

Appointments Office

February 9, 2021

Honorable Kay Ivey
Governor, State of Alabama
Alabama State Capitol
600 Dexter Avenue
Montgomery, AL 36130

Dear Governor Ivey:

I am writing to express my interest in being appointed to the Alabama Real Estate Appraisers Board to represent the 7th District. Roger Ball, MAI, SRA, who is currently serving as Chairman of the Board, has encouraged me to seek this position.

I graduated from Auburn University, College of Agriculture in 1981. I have been in the real estate brokerage and appraisal business since 1984. For the last 37 years I have been employed by Bill Mackey Real Estate in the heart of the Blackbelt. During this time, I have obtained my ALC and CCIM designations from the National Association of Realtor organizations. My passion for the appraisal profession has led me to be involved with the Appraisal Institute, Realtors Land Institute and Certified Commercial Institute. My primary business consists of appraising small town commercial appraisals and agricultural property appraisals.

I feel that my past experiences and my appreciation for the appraisal profession would be a great benefit to the Alabama Real Estate Appraisers Board. Thank you for your consideration for this position. I have attached my resume for your review.

Sincerely,

*Bill Mackey*

William D. "Bill" Mackey, ALC, CCIM

cc:    Mr. Jo Bonner, Chief of Staff

**Personal Information:**

| | |
|---|---|
| **Salutation:** | Mr. |
| **Full Legal Name:** | William D. Mackey |
| **Home Address:** | ████████ Gallion Alabama 36742 |
| **Work Address:** | 210 N. Strawberry Ave, Demopolis Alabama 36732 |
| **Daytime Phone Number:** | 334-289-8470 |
| **Evening Phone Number:** | ████████ |
| **DOB:** | ████████ |
| **Last 4 Digits of your Social Security Number:** | 9928 |
| **Are you a United States citizen?** | Yes ✓  No ☐ |
| **Are you a qualified elector in Alabama?** | Yes ✓  No ☐ |
| **Country of Birth:** | USA |
| **Retired?** | Yes ☐  No ✓ |
| **Email Address:** | ████████ |
| **Occupation:** | Real Estate Appraiser and Broker |
| **Sex:** | M ✓  F ☐ |
| **Ethnicity (Optional):** | white |

**Spouse Information:**

| | |
|---|---|
| **Legal Name:** | Lori Stapp Mackey |
| **Job Title:** | Real Estate Agent |
| **Employer:** | Bill Mackey Real Estate |
| **Is your spouse a registered lobbyist?** | Yes ☐  No ✓ |
| **If yes, in which state is your spouse employed as a registered lobbyist:** | United States |

**District Information:**

| 36 | **County** | 7 | **Congressional District** |
|---|---|---|---|
| 72 | **State House District** | 24 | **State Senate District** |

Click on the below link to look up your district information:

https://www.sos.alabama.gov/alabama-votes/elected-official-map

Please list the **full name(s)** of the seat(s) you are applying for below:

| **Board or Commission Title** | **Position/ Representation** |
|---|---|
| Alabama Real Estate Appraisal Board | 7th Congressional District Seat |
|  |  |
|  |  |

<u>Questionnaire:</u>

1. **Have you applied for an appointment during Governor Ivey's Administration?**

   Y ☐ N ☑  **If yes, please give a detailed explanation:**

2. **Are you currently a registered lobbyist or have you previously been a registered lobbyist?**

   Y ☐ N ☑  **If yes, please explain your lobbying work and dates of employment.**

3. **Is there anything on your social media or public record that would embarrass the Office of the Governor were you to be appointed?**

Y ☐ N ☑

If yes, please give a detailed explanation:

If appointed, do you commit to attending all scheduled meetings and fulfilling all other requirements and duties associated with the position you are seeking?

Y ☑ N ☐

4. **Have you ever been cited for a breach of ethics for unprofessional conduct, or named in a complaint to any court of law or professional group?**

Y ☐ N ☑

If yes, please give a detailed explanation:

5. Have you ever been convicted, entered a guilty plea, or entered a plea of *nolo contendere* for any criminal violation other than a moving violation or a similar minor infraction?

Y ☐   N ☑

If yes, please give a detailed explanation:

6. Are you currently under charges or indictment for any violation of the law?

Y ☐   N ☑

If yes, please give a detailed explanation:

7. Has any individual, group of individuals, or associations formally or informally protested your potential appointment?

Y ☐   N ☑

If yes, please give a detailed explanation:

8. **Are you delinquent on any federal, state, or local debt?**

   Y ☐ N ☑

   If yes, please include all delinquencies for income, property, other taxes, governmental loans, overpayment of benefits, and required payments into governmental programs:

9. **In the last five years, have you been, or are you presently, involved in any agency proceeding or civil litigation, including proceedings regarding a professional license or certification?**

   Y ☐ N ☑

   If yes, please give a detailed explanation:

10. In the last five years, has any business in which you, a spouse, a relative or a business associate been a party to any administrative agency proceeding or civil litigation relevant to the position in which you wish to be appointed to?

Y ☐ N ☑

If yes, please give a detailed explanation:

11. Have you ever been a party or involved in any civil or criminal legal proceedings?

Y ☐ N ☑

If yes, please give a detailed explanation (Please do not include information where no allegations of wrongdoing were alleged against you):

12. Have you ever been the subject of a complaint of discrimination on the basis of sex, race, religion, national origin, age or disability filed in court or with an administrative agency?

Y ☐ N ☑

If yes, please give a detailed explanation:

**References:**

| | |
|---|---|
| **Legal Name:** | Woody Dinning, Jr. |
| **Phone Number:** | ▮▮▮▮▮▮ |
| **Affiliation:** | Attorney, Demopolis Alabama City Judge |

| | |
|---|---|
| **Legal Name:** | Charles Singleton |
| **Phone Number:** | ▮▮▮▮▮▮ |
| **Affiliation:** | Banker, City President for Naheola Credit Union, Demopolis Alabama |

| | |
|---|---|
| **Legal Name:** | Vince Deas |
| **Phone Number:** | ▮▮▮▮▮▮ |
| **Affiliation:** | Marengo County District Judge |

**Please provide any additional information you would like the Governor to be aware of as she considers her appointment.**

I live in the heart of the Blackbelt and I specialize in farms, ranches and timberland. I would represent the small-town commercial appraisals as well as the agricultural community. I have 34 years experience, which I believe would be an asset for this position. It would be an honor for me to be granted this appointment.

**I hereby certify that the information given above is accurate. I understand that if I give false information I may be disqualified for appointment.**

Date: 02/17/2021

Print Name: William D. Mackey

Signature: William D. Mackey

# QUALIFICATIONS OF WILLIAM D. MACKEY
Demopolis, Alabama 36732
(334)289-8470 office

**DESIGNATION:** ALC (Accredited Land Consultant), by the Realtors Land Institute; CCIM (Certified Commercial Investment Member), by Certified Investment Real Estate Institute

**BUSINESS EXPERIENCE:**

Owner and Broker of Bill Mackey & Associates, Inc. since 1984, real estate sales & appraisals, in Demopolis, Alabama, licensed in Alabama, Mississippi and Wyoming as a broker. I am licensed certified general appraiser in Alabama and Mississippi.

**APPRAISAL ASSIGNMENTS:**

Appraisal work includes market value estimates for agricultural and commercial properties in most all Alabama and east Mississippi counties. Market value estimates, estate appraisal, conservation easement appraisal and litigation for farms, ranches, and timberland properties.

**REPRESENTATIVE CLIENTS:**

### BANKS:

| | |
|---|---|
| Robertson Banking Company, | Demopolis Alabama |
| BankTrust, | Demopolis Alabama |
| Sweet Water State Bank, | Demopolis Alabama |
| Citizens Bank, | Greensboro Alabama |
| Peoples Bank, | Greensboro Alabama |
| Marion Bank & Trust, | Marion Alabama |
| CB&S Bank, | Russellville Alabama |
| Capstone Bank, | Thomasville Alabama |
| Bank of Moundville, | Moundville Alabama |
| First National Bank of Central Alabama, | Aliceville Alabama |
| United Security Bank, | Thomasville Alabama |
| Adams Bank & Trust, | Ogallala Nebraska |
| Wells Fargo Bank, | Birmingham Alabama |
| Oakworth Capital Bank, | Birmingham Alabama |
| Century Bank, | Mobile Alabama |
| Bank of America, AG Division, | Kennesaw Georgia |
| Flynt River National Bank, | Camilla Georgia |
| First State Bancshares, | Blakely Georgia |

### ATTORNEYS:

| | |
|---|---|
| Manley Traeger, Perry & Stapp Law Firm, | Demopolis Alabama |
| Lloyd & Dinning Law Firm, | Demopolis Alabama |
| Pitts & Pitts Law Firm, | Selma Alabama |
| Gamble Law Firm, | Selma Alabama |
| Kelly & Kelly Law Firm, | Selma Alabama |
| Brady Radcliff & Brown Law Firm, | Mobile Alabama |
| McFadden, Lyon & Rouse Law Firm, | Mobile Alabama |
| Keahey Law Firm, | Grove Hill Alabama |
| Wilson & Drinkard Law Firm, | Grove Hill Alabama |
| Gilmore Law Firm, | Grove Hill Alabama |
| Steele, Steele & Steele Law Firm, | Monroeville Alabama |

**ATTORNEYS:**

| | |
|---|---|
| Heninger Garrison Davis, Law Firm, | Birmingham Alabama |
| Stephen A Greene Law Firm, | Birmingham Alabama |
| Kirby Johnson Law Firm, | Birmingham Alabama |
| Seale, Holmes & Ryan, Law Firm, | Greensboro Alabama |
| Cobb Law Firm, | Greensboro Alabama |
| Smith & Staggs, Law Firm, | Tuscaloosa Alabama |
| Zeanah, Hust, Summerford & Williamson Law Firm, | Tuscaloosa Alabama |
| Dean, Mead, Minton & Zwemer CPA Firm, | Fort Pierce Florida |
| Brunini, Grantham, Growers & Hewes Law Firm, | Columbus Mississippi |
| Circuit Judge Marvin Wiggins, | Greensboro Alabama |
| Circuit Judge Eddie Hardaway, Jr. | Linden Alabama |
| Alabama Land Trust, | Piedmont Alabama |

**PROFESSIONAL MEMBERSHIPS:**

Member of The National Association of Realtors
Member of The Alabama Association of Realtors
Member of the Appraisal Institute
Member of Realtors Land Institute
Member of CIREI, (Commercial Investment Real Estate Institute)
Member of Rotary Club of Demopolis, Alabama
Member of Leadership Alabama **Class XX**

**EDUCATION:**

Graduated from **Auburn University** in 1981 with major in Agriculture
**AREI** CA-I Residential Appraisal Course
**AREI** Uniform Standards of Professional Appraisal Practice
**Appraisal Board** USPAP Update Course
**Certified General Real Estate Appraiser**, State of Alabama **G-00763**
**Realtors Land Institute**, Site Selection & Assemblage
**Realtors Land Institute**, Land Planning & Design
**Realtors Land Institute**, Effective Marketing
**Realtors Land Institute**, Transitional Land w/Property Packaging
**Realtors Land Institute**, Tax Ideas & Strategies for Selling Real Estate
**Realtors Land Institute**, Investment Analysis
**CIREI**, CI101 Financial Analysis for Commercial Investment Real Estate
**CIREI**, CI102 Market Analysis for Commercial Investment Real Estate
**CIREI**, CI104 Investment Analysis for Commercial Investment Real Estate
**CIREI**, CI103 Lease Analysis for Commercial Investment Real Estate
**AREI**, Appraisal Laws
**AREI**, Improved Appraisal & Reporting
**Appraisal Institute, USPAP**
**Appraisal Institute**, Environmental Assessment & Biological Contamination-MOLD
**Appraisal Institute** – Uniform Standard for Federal Land Acquisitions-Yellow Book
**Appraisal Institute** -- Expert Witness: Preparation and Testimony
**Appraisal Institute** - Condemnation Appraising, Principals & Applications
**Appraisal Institute** - Litigation Appraising; Special Topics & Applications
**Appraisal Institute** - General Appraisal Report Writing
**Missouri Auction School** – Auctioneer
**Appraisal Institute** – Complex Litigation Problems
**King Ranch Institute** – Seminars on Ranch Management and Ranch Valuation
**Appraisal Institute** – Rural Valuation Basics
**Certified General Real Estate Appraiser**, State of Mississippi **GA-1356**

## QUALIFICATIONS OF WILLIAM D. MACKEY

██████████████  Demopolis, Alabama 36732

(334)289-8470 office

**DESIGNATION:** ALC (Accredited Land Consultant), by the Realtors Land Institute; CCIM (Certified Commercial Investment Member), by Certified Investment Real Estate Institute

**BUSINESS EXPERIENCE:**

Owner and Broker of Bill Mackey & Associates, Inc. since 1984, real estate sales & appraisals, in Demopolis, Alabama, licensed in Alabama, Mississippi and Wyoming as a broker. I am licensed certified general appraiser in Alabama and Mississippi.

**APPRAISAL ASSIGNMENTS:**

Appraisal work includes market value estimates for agricultural and commercial properties in most all Alabama and east Mississippi counties.  Market value estimates, estate appraisal, conservation easement appraisal and litigation for farms, ranches, and timberland properties.

**REPRESENTATIVE CLIENTS:**

### BANKS:

| | |
|---|---|
| Robertson Banking Company, | Demopolis Alabama |
| BankTrust, | Demopolis Alabama |
| Sweet Water State Bank, | Demopolis Alabama |
| Citizens Bank, | Greensboro Alabama |
| Peoples Bank, | Greensboro Alabama |
| Marion Bank & Trust, | Marion Alabama |
| CB&S Bank, | Russellville Alabama |
| Capstone Bank, | Thomasville Alabama |
| Bank of Moundville, | Moundville Alabama |
| First National Bank of Central Alabama, | Aliceville Alabama |
| United Security Bank, | Thomasville Alabama |
| Adams Bank & Trust, | Ogallala Nebraska |
| Wells Fargo Bank, | Birmingham Alabama |
| Oakworth Capital Bank, | Birmingham Alabama |
| Century Bank, | Mobile Alabama |
| Bank of America, AG Division, | Kennesaw Georgia |
| Flynt River National Bank, | Camilla Georgia |
| First State Bancshares, | Blakely Georgia |

### ATTORNEYS:

| | |
|---|---|
| Manley Traeger, Perry & Stapp Law Firm, | Demopolis Alabama |
| Lloyd & Dinning Law Firm, | Demopolis Alabama |
| Pitts & Pitts Law Firm, | Selma Alabama |
| Gamble Law Firm, | Selma Alabama |
| Kelly & Kelly Law Firm, | Selma Alabama |
| Brady Radcliff & Brown Law Firm, | Mobile Alabama |
| McFadden, Lyon & Rouse Law Firm, | Mobile Alabama |
| Keahey Law Firm, | Grove Hill Alabama |
| Wilson & Drinkard Law Firm, | Grove Hill Alabama |
| Gilmore Law Firm, | Grove Hill Alabama |
| Steele, Steele & Steele Law Firm, | Monroeville Alabama |

**ATTORNEYS:**

| | |
|---|---|
| Heninger Garrison Davis, Law Firm, | Birmingham Alabama |
| Stephen A Greene Law Firm, | Birmingham Alabama |
| Kirby Johnson Law Firm, | Birmingham Alabama |
| Seale, Holmes & Ryan, Law Firm, | Greensboro Alabama |
| Cobb Law Firm, | Greensboro Alabama |
| Smith & Staggs, Law Firm, | Tuscaloosa Alabama |
| Zeanah, Hust, Summerford & Williamson Law Firm, | Tuscaloosa Alabama |
| Dean, Mead, Minton & Zwemer CPA Firm, | Fort Pierce Florida |
| Brunini, Grantham, Growers & Hewes Law Firm, | Columbus Mississippi |
| Circuit Judge Marvin Wiggins, | Greensboro Alabama |
| Circuit Judge Eddie Hardaway, Jr. | Linden Alabama |
| Alabama Land Trust, | Piedmont Alabama |

**PROFESSIONAL MEMBERSHIPS:**

Member of The National Association of Realtors
Member of The Alabama Association of Realtors
Member of the Appraisal Institute
Member of Realtors Land Institute
Member of CIREI, (Commercial Investment Real Estate Institute)
Member of Rotary Club of Demopolis, Alabama
Member of Leadership Alabama **Class XX**

**EDUCATION:**

Graduated from **Auburn University** in 1981 with major in Agriculture
**AREI** CA-I Residential Appraisal Course
**AREI** Uniform Standards of Professional Appraisal Practice
**Appraisal Board** USPAP Update Course
**Certified General Real Estate Appraiser**, State of Alabama **G-00763**
**Realtors Land Institute**, Site Selection & Assemblage
**Realtors Land Institute,** Land Planning & Design
**Realtors Land Institute,** Effective Marketing
**Realtors Land Institute,** Transitional Land w/Property Packaging
**Realtors Land Institute,** Tax Ideas & Strategies for Selling Real Estate
**Realtors Land Institute,** Investment Analysis
**CIREI**, CI101 Financial Analysis for Commercial Investment Real Estate
**CIREI**, CI102 Market Analysis for Commercial Investment Real Estate
**CIREI**, CI104 Investment Analysis for Commercial Investment Real Estate
**CIREI**, CI103 Lease Analysis for Commercial Investment Real Estate
**AREI**, Appraisal Laws
**AREI**, Improved Appraisal & Reporting
**Appraisal Institute, USPAP**
**Appraisal Institute,** Environmental Assessment & Biological Contamination-MOLD
**Appraisal Institute** – Uniform Standard for Federal Land Acquisitions-Yellow Book
**Appraisal Institute** – Expert Witness: Preparation and Testimony
**Appraisal Institute** - Condemnation Appraising, Principals & Applications
**Appraisal Institute** - Litigation Appraising; Special Topics & Applications
**Appraisal Institute** - General Appraisal Report Writing
**Missouri Auction School** – Auctioneer
**Appraisal Institute** – Complex Litigation Problems
**King Ranch Institute** – Seminars on Ranch Management and Ranch Valuation
**Appraisal Institute** – Rural Valuation Basics
**Certified General Real Estate Appraiser**, State of Mississippi **GA-1356**

**Personal Information:**

| | |
|---|---|
| **Salutation:** | Mr. |
| **Full Legal Name:** | Timothy L. Mills |
| **Home Address:** | ▮▮▮▮▮ Mobile, Alabama 36695 |
| **Work Address:** | 2316-C Knollwood Drive Mobile, Alabama 36693 |
| **Daytime Phone Number:** | ▮▮▮▮ |
| **Evening Phone Number:** | ▮▮▮▮ |
| **DOB:** | ▮▮▮▮▮ |
| **Last 4 Digits of your Social Security Number:** | 2227 |
| **Are you a United States citizen?** | Yes ✔ No ☐ |
| **Are you a qualified elector in Alabama?** | Yes ✔ No ☐ |
| **Country of Birth:** | United States of America |
| **Retired?** | Yes ☐ No ✔ |
| **Email Address:** | ▮▮▮▮▮ |
| **Occupation:** | Real Estate |
| **Sex:** | M ✔ F ☐ |
| **Ethnicity (Optional):** | |

**Spouse Information:**

| | |
|---|---|
| **Legal Name:** | N/A |
| **Job Title:** | |
| **Employer:** | |
| **Is your spouse a registered lobbyist?** | Yes ☐ No ☐ |
| **If yes, in which state is your spouse employed as a registered lobbyist:** | |

**District Information:**

| | | | |
|---|---|---|---|
| Mobile | **County** | 1 | **Congressional District** |
| 34 | **State House District** | 100 | **State Senate District** |

Click on the below link to look up your district information:

https://www.sos.alabama.gov/alabama-votes/elected-official-map

**Please list the full name(s) of the seat(s) you are applying for below:**

| **Board or Commission Title** | **Position/ Representation** |
|---|---|
| Alabama Real Estate Appraisers Boards | State at Large |
|  |  |
|  |  |

**Questionnaire:**

1. **Have you applied for an appointment during Governor Ivey's Administration?**

   Y ☐ N ☑ **If yes, please give a detailed explanation:**

2. **Are you currently a registered lobbyist or have you previously been a registered lobbyist?**

   Y ☐ N ☑ **If yes, please explain your lobbying work and dates of employment.**

3. **Is there anything on your social media or public record that would embarrass the Office of the Governor were you to be appointed?**

Y ☐ N ☑

If yes, please give a detailed explanation:

**If appointed, do you commit to attending all scheduled meetings and fulfilling all other requirements and duties associated with the position you are seeking?**

Y ☑ N ☐

4. **Have you ever been cited for a breach of ethics for unprofessional conduct, or named in a complaint to any court of law or professional group?**

Y ☐ N ☑

If yes, please give a detailed explanation:

5. Have you ever been convicted, entered a guilty plea, or entered a plea of *nolo contendere* for any criminal violation other than a moving violation or a similar minor infraction?

Y [ ]   N [✔]

If yes, please give a detailed explanation:

6. Are you currently under charges or indictment for any violation of the law?

Y [ ]   N [✔]

If yes, please give a detailed explanation:

7. Has any individual, group of individuals, or associations formally or informally protested your potential appointment?

Y [ ]   N [✔]

If yes, please give a detailed explanation:

8. Are you delinquent on any federal, state, or local debt?

Y ☐ N ☑

If yes, please include all delinquencies for income, property, other taxes, governmental loans, overpayment of benefits, and required payments into governmental programs:

9. In the last five years, have you been, or are you presently, involved in any agency proceeding or civil litigation, including proceedings regarding a professional license or certification?

Y ☐ N ☑

If yes, please give a detailed explanation:

10. In the last five years, has any business in which you, a spouse, a relative or a business associate been a party to any administrative agency proceeding or civil litigation relevant to the position in which you wish to be appointed to?

Y ☐ N ☑

If yes, please give a detailed explanation:

11. Have you ever been a party or involved in any civil or criminal legal proceedings?

Y ☐ N ☑

If yes, please give a detailed explanation (Please do not include information where no allegations of wrongdoing were alleged against you):

12. Have you ever been the subject of a complaint of discrimination on the basis of sex, race, religion, national origin, age or disability filed in court or with an administrative agency?

Y ☐ N ☑

If yes, please give a detailed explanation:

**References:**

| | |
|---|---|
| **Legal Name:** | Mr. Chad Anderson |
| **Phone Number:** | ███████ |
| **Affiliation:** | Real Estate |

| | |
|---|---|
| **Legal Name:** | Richard Weavil |
| **Phone Number:** | ███████ |
| **Affiliation:** | Real Estate |

| | |
|---|---|
| **Legal Name:** | Dr. J. Reid Cummings |
| **Phone Number:** | ███████ |
| **Affiliation:** | Real Estate |

**Please provide any additional information you would like the Governor to be aware of as she considers her appointment.**

I am especially interested in this position considering my education and experience. My educational background has prepared me to manage a diverse work environment and the challenges associated with the ever-changing and evolving industry. I'm looking forward to using this experience as a real estate practitioner in combination with countless hours of community service to serve the Great State of Alabama. Thank you for your consideration.

**I hereby certify that the information given above is accurate. I understand that if I give false information I may be disqualified for appointment.**

**Date:** 2/1/2021

**Print Name:** Timothy L. Mills

**Signature:**

*Member at Large*
*Replacing Patrice McClammy*



**Timothy L. Mills, MPA, C2EX**
2316-D Knollwood Drive
Mobile, AL 36693

Timothy Mills is a graduate of the University of South Alabama where he earned his Bachelor Degree in Political Science. He matriculated to Troy University where he earned a Master in Public Administration with a concentration in Public Management. Timothy has been a realtor since 2007. He is currently working on the distinct designation of CCIM (Commercial Certified Investment Member). Currently, he's the Senior Broker Associate with The Cummings Company and the Director of Music for Mt. Calvary Baptist Church in Mobile, Alabama.

Timothy is a member of the National Association of Realtors where he was appointed to the National Participation Counsel. He is also a member of the Alabama Association of Realtors where he serves on the Board of Directors. In addition, Timothy serves as a Trustee for the Alabama Association of Realtors Political Action Committee. He is a graduate of the Alabama Association of Realtors Leadership Class of 2019. He serves on the Board of Directors for the Gulf Coast Multiple Listing Service and Allocation Committee. Timothy was appointed and unanimously confirmed in 2020 by the Mobile City Council to the Affordable Housing and Neighborhood Revitalization Commission. He also serves on the Board of Directors for Mercy Life, the only Trinity Health center in the State of Alabama and is formerly the Chairman for the Mobile Area Association of Realtors Governmental Affairs Committee.

Moreover, Timothy is a proud and dedicated member of Alpha Phi Alpha Fraternity, where he serves as the State Oratorical Chairman and President of the Beta Omicron Lambda Chapter of Alpha Phi Alpha Fraternity. He is the immediate past District of Alabama Area IV Chief Dean and advisor to the University of South Alabama college chapter of Alpha Phi Alpha Fraternity, Incorporated.

**Timothy L. Mills, MPA, C2EX**

███████████

Mobile, AL 36693

███████████

January 29, 2021

Honorable Jo Bonner
Chief of Staff
Alabama State Capitol
600 Dexter Avenue
Montgomery, AL 36130

I am a licensed real estate broker located in Mobile, Alabama. I am writing to express my interest in the at-large position being vacated by Ms. Patrice McClammy.

I have been a Realtor since 2007. During that time I have become very active in the association to provide our members with education and resources to enable them to conduct their business successfully and profitably while bringing value to the community by advocating private property rights, property ownership and community service.

Currently, I serve on the Board of Directors for the Gulf Coast MLS, Alabama Association of Realtors and Mercy Life of Alabama. In addition, I serve on the National Association of Realtors Participation Council, Trustee with the Alabama Association of Realtors, and the City of Mobile Affordable Housing and Neighborhood Revitalization Commission.

I am a graduate of the Alabama Association Realtor Leadership Class of 2019. I have also been a repeat presenter with the United States Army Corps of Engineers Real Estate Division at the request of Dr. Willie L. Patterson to teach the principle of real estate from a public administration perspective. I believe my experience as a real estate broker and my dedication to protect the integrity of our profession makes me a great candidate to serve on the Appraisers Board. I appreciate your consideration and have attached my resume for your review.

Sincerely,

Timothy L. Mills, MPA, C2EX

**Timothy L. Mills, MPA, C2EX**

███████████████

Mobile, AL 36693

████████████████

January 29, 2021

Honorable Kay Ivey
Governor of Alabama
Alabama State Capitol
600 Dexter Avenue
Montgomery, AL 36130

Dear Governor Ivey:

I am a licensed real estate broker located in Mobile, Alabama. I am writing to express my interest in the at-large position being vacated by Ms. Patrice McClammy.

I have been a Realtor since 2007. During that time I have become very active in the association to provide our members with education and resources to enable them to conduct their business successfully and profitably while bringing value to the community by advocating private property rights, property ownership and community service.

Currently, I serve on the Board of Directors for the Gulf Coast MLS, Alabama Association of Realtors and Mercy Life of Alabama. In addition, I serve on the National Association of Realtors Participation Council, Trustee with the Alabama Association of Realtors, and the City of Mobile Affordable Housing and Neighborhood Revitalization Commission.

I am a graduate of the Alabama Association Realtor Leadership Class of 2019. I have also been a repeat presenter with the United States Army Corps of Engineers Real Estate Division at the request of Dr. Willie L. Patterson to teach the principle of real estate from a public administration perspective. I believe my experience as a real estate broker and my dedication to protect the integrity of our profession makes me a great candidate to serve on the Appraisers Board. I appreciate your consideration and have attached my resume for your review.

Sincerely,

*[signature]*

Timothy L. Mills, MPA, C2EX

## TIMOTHY L. MILLS ███████████

---

## EXPERIENCE

**Senior Broker Associate**                                    12/18-Present
**The Cummings Company**

Prepare contracts. Track project timeliness and on-going process changes. Meet deadlines on recommended valuations, market analysis, repair/construction, reconciliation, enhancements and dispositions. Senior associate for the development of government assets and the Real estate owned (bank foreclosure) sales team for the company managing 25+ projects at any one time. Asset manager for Department of Defense, Fannie Mae, Freddie man, Pyramid, Commonwealth National Bank- managing customers with attention to detail and timely reporting. Experience in remedying title discrepancies. Submit invoices, coordinates payment and follow through on re-imbursement process. Solicit new business. Present both orally and written/power point, excellent communication skills in hosting business and community leaders to gain city/county funding. Identify properties suitable for development. Research property records to determine ownership, zoning, development restrictions and code issues on parcels of land; drafted real estate contracts and ordered appraisals; maintained files and presented opportunities to management. Fulfill many of the analytical duties including compensation planning, centralized asset assignment, commission analysis, ROI analysis, staff calibration tool, and other reporting fine tuning and consolidation. Consistently exceeded goals and delivered top results on metrics of sales conversion, disposition, net execution and unit disposition with the lowest exception rates.

**Owner/Principal**
**The Mills Company, LLC**

Provide real estate and right of way consulting for federal, state, and locally funded public projects. Our clients benefit from our innovation, practical approach to project management and from the experience of our skilled professionals.

**Director of Music/Media & Sound**
**Mt. Calvary Missionary Baptist Church**               1998 -2006  2009-Present
Prichard, Alabama

- Articulate and implement that vision and philosophy of worship with and through other staff and volunteers who participate in implementing worship services for the church.
- Develop a long-range worship plan in collaboration with the senior pastor.
- Establish standards for worship activities.
- Guide and oversee, with the pastors, the worship planning process.
- Oversee choir director, organist, music planners, sound coordinator, project coordinator and nave décor coordinator.
- Oversee copyright compliance by church administrative personnel.

- Incorporate the arts into our worship services where appropriate, by stimulating and encouraging drama, dance and visual arts personnel.
- Assist in identifying people and other resources for worship arts.
- Identify and attend with others, as appropriate, seminars and conferences on worship leadership.
- Maintain a ministry of encouragement to all who offer themselves in the various forms of art or in support of our worship services.
- Develop and plan major festive worship events.
- Assist in planning, as desired, various worship arts events or special services that may fulfill our vision (Praise Night, Jazz event, Christian Theater, Holy Week devotions, Sunday evening, music services, revivals and etc).

**Senior Broker Associate**                                  12/2007-11/2018
**Better Homes & Gardens Real Estate | Generations**

- Managed new and existing business on executing day to day transactions as well as to help grow the team business through strong sales tactics.
- Direct the operational activities of a full-service team of professionals in marketing, financial analysis, valuation, market analysis, and accounting.
- Advise clients on how to measure the leverage, effects of leverage on and before taxes, sensitivity of leveraged returns to spread between un-leveraged return and cost of funds.
- Proficient in performance measurement-systems and can demonstrate how they are critical from a mission, strategic, funding, transparency and accountability perspective.

**Department of Homeland Security**                          2009-2011

- Administered random explosive test on passengers and their items.
- Engaged in continuous development of critical thinking skills, necessary to mitigate actual and potential security threats, identifying, evaluating, and applying appropriate situational options and approaches.
- Risk-based security screening protocols that vary based on program requirements. Retained and implemented knowledge of all applicable Standard Operating Procedures, demonstrating responsible and dependable behavior, an to changed and adapted to new information or unexpected obstacles.

---

## EDUCATION

**Troy University, MPA (Public Management) (2011)**

**University of South Alabama, BA (Criminal Justice & Political Science) (2006)**

---

## CLIENTS

- Army Corps of Engineers
- Department of the Navy
- Department of Justice
- US Department of Housing and Urban Development

- Fannie Mae
- CommonWealth National Bank

## PROFESSIONAL SERVICE & LEADERSHIP

**City of Mobile Affordable Housing and Neighborhood Revitalization Commission:** *Board of Directors*
**National Association of Realtors:** Participation Counsel Board
**Alabama Association of Realtors:** *Board of Directors*
**Alabama Association of Realtors RPAC:** *Trustee*
**Alabama Association of Realtors:** *Leadership Class 2019*
**Gulf Coast Multiple List Service:** *Board of Directors*
**Mercy Life of Alabama:** *Board of Directors*
**The Mobile County Children Policy Council:** *Board of Directors*
**Alpha Phi Alpha Fraternity Inc Beta Omicron Lambda Chapter:** President
**Alpha Phi Alpha Fraternity, Inc:** *Alabama District Oratorical Chairman*
**University of South Alabama Black Alumni Society:** *Charter Member*

## VOLUNTEER WORK

Feed the Gulf Coast
Coin Laundry Drive
Camp-A-Rap-Hope- Woman Wine and Shoes
Chair-March of Dimes/March for Babies-Fundraising
Relay For Life
Mobile Sickle Cell Anemia
United Way (Day of Caring)
Voteless People Is A Hopeless People
Alpha Charitable Foundation
STEP: Mobile County Summer Internship Program

Second Congressional District
Replacing Billy Cotter

Potential candidate to serve the 2nd Congressional District on the Alabama Real Estate Appraisers Board.

Randall Kyles, ARA

First South Farm Credit

- Staff appraiser with First South Farm Credit since 2003, with current title of Lead Appraiser/ Commercial
- Member of American Society of Farm Managers and Rural Appraiser (ASFMRA) since 2003
- Obtained Certified General in 2007
- Obtained Accredited Rural Appraiser (ARA) accreditation in 2008
- Actively involved in ASFMRA on both state and national levels
- ASFMRA District II VP 2018-2020
- Former ASFMRA-AL Chapter president and current chapter secretary-treasurer
- Member of ASFMRA Education Committee (2017-2021) and Mentoring Committee (2020-Current)
- Instructed A101, A102, Cost , Sales and Income and Integrated Approaches. Also instructed numerous QEs
- Primary area of appraisal is various rural and farm properties. Covers the southern half of the state, with majority of the appraisals being poultry, timber/ recreation, row crops and lifestyle/ hobby farms.