# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>    *Plaintiff*,<br><br>v.<br><br>KAY IVEY, *in her official capacity as Governor of the State of Alabama*,<br><br>    *Defendant*. | **Civil Action No.:**<br>**2:24-cv-00104-RAH-JTA** |

## NOTICE OF APPEARANCE

Comes now, James W. Davis, a member of the Bar of this Court, and enters his appearance as counsel for Kay Ivey, in her official capacity as the Governor of the State of Alabama.

Respectfully submitted,

Steve Marshall
  *Attorney General*

/s/ James W. Davis
James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 242-7300
Fax: (334) 353-8400
Jim.Davis@AlabamaAG.gov

***Counsel for Governor Kay Ivey***

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2024, I electronically filed a copy of the foregoing with the Clerk of the Court via CM/ECF which will send notification to all counsel of record.

/s/ James W. Davis
*Counsel for Governor Kay Ivey*