## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>KAY IVEY, in her official capacity as Governor of the State of Alabama,<br><br>    Defendant. | Civil Action No. 2:24−cv−104-RAH-JTA<br><br>**PLAINTIFF'S NOTICE OF INFORMATION EMAILED TO DISTRICT JUDGE R. AUSTIN HUFFAKER JR.** |

This is notice to the Court and counsel for Defendant Kay Ivey that per the Court's instructions, I emailed Judge Huffaker the information requested on Member A.

DATED: March 15, 2024.

Respectfully submitted,

/s/ Joshua P. Thompson
JOSHUA P. THOMPSON*
Cal. Bar No. 250955
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
JThompson@pacificlegal.org

*Pro Hac Vice*

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2024, I electronically filed a copy of the foregoing with the Clerk of the Court via CM/ECF which will send notification to all counsel of record:

Brenton Merrill Smith at Brenton.Smith@AlabamaAG.gov.

Benjamin M. Seiss at Ben.Seiss@AlabamaAG.gov

James William Davis at Jim.Davis@AlabamaAG.gov

/s/ Joshua P. Thompson
JOSHUA P. THOMPSON
*Attorney for Plaintiff*