IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| KAY IVEY, *in her official capacity as Governor of the State of Alabama*, | ) ) ) ) |
| Defendant. | ) |

Case No. 2:24-cv-104-RAH

## **ORDER**

During the preliminary injunction hearing on March 15, 2024, Defendant requested that Plaintiff disclose the identity of Member A. Plaintiff objected to public disclosure of Member A's identity, but the parties agreed that a protective order allowing for the confidential disclosure of Member A's identity to counsel for the Defendant would be appropriate.

For good cause, it is therefore **ORDERED** as follows:

1. The Court construes Defendant's verbal request for a protective order during the preliminary injunction hearing on March 15, 2024, as a *Motion for Protective Order*, and that Motion is **GRANTED**;

2. On or before **March 29, 2024**, Plaintiff shall confidentially disclose the identity of Member A to counsel for the Defendant. Member A's identity shall not be disclosed in any future public filing unless otherwise ordered by the Court;

3. The Court has doubts about whether Member A may proceed anonymously for the remainder of the case, so on or before **April 2, 2024,** Plaintiff shall file a brief of not more than 15 pages, setting forth its arguments and legal

1

authority in favor of Member A continuing to proceed under a pseudonym for the remainder of the case.  On or by **April 9, 2024,** Defendant shall file a responsive brief of not more than 15 pages.  On or by **April 12, 2024**, Plaintiff may file a reply brief of not more than 10 pages.  All briefs shall be double-spaced in 12-point Times New Roman font.

**DONE** on this the 25th day of March 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE