**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>    *Plaintiff*,<br><br>v.<br><br>KAY IVEY, *in her official capacity as Governor of the State of Alabama*,<br><br>    *Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Civil Action No.:**
**2:24-cv-00104-RAH-JTA**

**JOINT MOTION TO CONTINUE 26(f) REPORT DEADLINE**

The parties jointly move to continue the deadline to file the 26(f) report (currently due April 17, 2024, *see* Doc. 37) for fourteen days to May 1, 2024. As grounds, the parties state that they are engaged in good-faith discussions in an effort to resolve this matter. The parties anticipate that the additional time may allow resolution of the case without expending additional judicial resources.

Respectfully submitted,

/s/ Glenn E. Roper (with permission)
GLENN E. ROPER*
Colo. Bar No. 38723
Pacific Legal Foundation
1745 Shea Center Drive, Suite 400
Highlands Ranch, Colorado 80129
Telephone: (916) 503-9045
GERoper@pacificlegal.org

JOSHUA P. THOMPSON*
Cal. Bar No. 250955
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
JThompson@pacificlegal.org

*Pro Hac Vice*

*Attorneys for Plaintiff*

Steve Marshall
  *Attorney General*

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

/s/ Benjamin M. Seiss
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 242-7300
Fax: (334) 353-8400
Ben.Seiss@AlabamaAG.gov

***Counsel for Governor Ivey***

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 15, 2024, I electronically filed a copy of the foregoing with

the Clerk of the Court via CM/ECF which will send notification to all counsel of record.


/s/ Benjamin M. Seiss
*Counsel for Governor Ivey*

2