# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation, <br><br> Plaintiff, <br><br> v. <br><br> KAY IVEY, in her official capacity as Governor of the State of Alabama, <br><br> Defendant. | Civil Action No. 2:24-cv-00104-RAH- JTA |

## **NOTICE OF APPEARANCE**

Comes now, Martin E. Weinberg, a member of the Bar of this Court, and enters his appearance as counsel for Proposed Intervenor, the Alabama Association of Real Estate Brokers.

Respectfully submitted,

*/s/ Martin E. Weinberg*
Martin E. Weinberg
Ala. Bar No. ASB-0817-A61W
Law Firm of Martin E. Weinberg
P.O. Box 154
Shannon, Alabama 35142

Telephone: 205-785-5575

attorneyweinberg@bellsouth.net

*Counsel for Proposed Intervenor*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2024, I electronically filed a copy of the foregoing with the Clerk of the Court via CM/ECF which will send notification to all counsel of record.

/s/ *Martin E. Weinberg*
Martin E. Weinberg