# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>      Plaintiff,<br><br>    v.<br><br>KAY IVEY, in her official capacity as Governor of the State of Alabama,<br><br>      Defendant. | Civil Action No. 2:24-cv-00104-RAH- JTA |

## NOTICE OF APPEARANCE

Comes now, Brooke Menschel, a member of the Bar of this Court, and enters her appearance as counsel for Proposed Intervenor, the Alabama Association of Real Estate Brokers.

Respectfully submitted,

*/s/ Brooke Menschel*
Brooke Menschel
Ala. Bar No. ASB-7675-Z61K
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

Telephone: 202-448-9090

bmenschel@democracyforward.org

*Counsel for Proposed Intervenor*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2024, I electronically filed a copy of the foregoing with the Clerk of the Court via CM/ECF which will send notification to all counsel of record.

/s/ *Brooke Menschel*
Brooke Menschel