IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>KAY IVEY, in her official capacity as Governor of the State of Alabama,<br><br>    Defendant. | Civil Action No. 2:24-cv-00104-RAH- JTA<br><br>REQUEST FOR ADMISSION OF SUNU CHANDY PRO HAC VICE |

I, Sunu Chandy, hereby request permission to appear and participate as counsel for the Alabama Association of Real Estate Brokers, the Proposed Intervenor in the above-captioned matter, pursuant to Rule 83.1(b) of the Local Rules for the United States District Court, Middle District of Alabama.

I am an attorney with Democracy Forward Foundation. My business address, telephone number, and email address are as follows:

    Democracy Forward Foundation
    P.O. Box 34553
    Washington, D.C. 20043
    Telephone: (202) 448-9090
    schandy@democracyforward.org

I am a member of the District of Columbia Bar, No. 1026045, admitted April 3, 2015, and of the New York State Bar, No. 2926558, admitted January 13, 1999. I have been admitted to the following federal courts:

    U.S. District Court, District of New Jersey, admitted June 20, 2007

    U.S. District Court, District for the District of Columbia, admitted April 20, 2017

U.S. District Court, Southern District of New York, admitted August 30, 1999

US District Court for the Northern District of New York, admitted April 13, 2001

US District Court for the Eastern District of New York, admitted March 3, 1999

US District Court for the Western District of New York, admitted July 13, 2005

U.S. Court of Appeals, First Circuit, admitted February 10, 2000

U.S. Court of Appeals, Second Circuit, admitted January 17, 2020

U.S. Court of Appeals, Ninth Circuit, admitted December 19, 2019

U.S. Court of Appeals, Tenth Circuit, admitted November 30, 2018

U.S. Court of Appeals, Eleventh Circuit, admitted January 28, 2019

U.S. Court of Appeals, D.C. Circuit, admitted August 15, 2019

U.S. Court of Appeals, Federal Circuit, admitted September 16, 2022

U.S. Supreme Court, admitted March 3, 2004

I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or subject to judicial sanctions.

I have never had a pro hac admission to any court revoked for misconduct.

I am familiar with, and agree to comply with, the local rules of this Court and the Federal Rules of Civil Procedure.

I have attached a Certificate of Good Standing from the U.S. District Court for the Southern District of New York.

Dated: April 26, 2024

Respectfully submitted,

*/s/ Sunu Chandy*
Sunu Chandy
D.C. Bar No. 1026045
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043

Telephone: (202) 448-9090

schandy@democracyforward.org

*Counsel for Proposed Intervenor*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 26, 2024, I electronically filed a copy of the foregoing with the Clerk of the Court via CM/ECF which will send notification to all counsel of record.

                                                /s/ *Sunu Chandy*
                                                Sunu Chandy

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, *Ruby J. Krajick*, Clerk of Court, Certify that

      SUNU P. CHANDY      , Bar #      SC3535      

was duly admitted to practice in the Court on

      March 2, 1999      

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    April 22, 2024
New York, New York

Ruby J. Krajick
Clerk of Court

By    s/ R. Juliano
Deputy Clerk