## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>KAY IVEY, in her official capacity as Governor of the State of Alabama,<br><br>    Defendant. | Civil Action No. 2:24-cv-00104-RAH- JTA<br><br>**REQUEST FOR ADMISSION OF VICTORIA S. NUGENT PRO HAC VICE** |

I, Victoria S. Nugent, hereby request permission to appear and participate as counsel for the Alabama Association of Real Estate Brokers, the Proposed Intervenor in the above-captioned matter, pursuant to Rule 83.1(b) of the Local Rules for the United States District Court, Middle District of Alabama.

I am an attorney with Democracy Forward Foundation. My business address, telephone number, and email address are as follows:

Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
vnugent@democracyforward.org

I am a member of the District of Columbia Bar, No. 470800, admitted January 8, 2001, and of the Maryland State Bar, No. 199901070027, admitted January 7, 1999. I have been admitted to the following federal courts:

U.S. District Court, District of Maryland, admitted May 7, 2001

U.S. District Court, District for the District of Columbia, admitted March 3, 2003

U.S. District Court, Eastern District of Michigan, admitted May 11, 2021

U.S. Court of Appeals, Fourth Circuit, admitted November 16, 2021

U.S. Court of Appeals, Ninth Circuit, admitted August 1, 2008

U.S. Court of Appeals, D.C. Circuit, admitted September 22, 2004

U.S. Supreme Court, admitted April 26, 2004

I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or subject to judicial sanctions.

I have never had a pro hac admission to any court revoked for misconduct.

I am familiar with, and agree to comply with, the local rules of this Court and the Federal Rules of Civil Procedure.

I have attached a Certificate of Good Standing from the U.S. District Court for the Eastern District of Michigan.

Dated: April 26, 2024

Respectfully submitted,

*/s/ Victoria S. Nugent*
Victoria S. Nugent
D.C. Bar No. 470800
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Telephone: (202) 448-9090
vnugent@democracyforward.org

*Counsel for Proposed Intervenor*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 26, 2024, I electronically filed a copy of the foregoing with the Clerk of the Court via CM/ECF which will send notification to all counsel of record.

                                                   /s/ *Victoria S. Nugent*
                                                   Victoria S. Nugent

# United States District Court
## Eastern District of Michigan

# CERTIFICATE OF GOOD STANDING

*I, Kinikia D. Essix, Clerk of Court, certify that*

# *Victoria Nugent*

*was duly admitted to practice in this Court on 05/11/2021,*

*and is in good standing as a member of the Bar of this Court.*

*Dated at Detroit, Michigan on 04/23/2024.*

*Kinikia D. Essix*
Clerk



*Dru Jennings*
Deputy Clerk