**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) ) | **Civil Action No.: 2:24-cv-00104-RAH-JTA** |
| KAY IVEY, *in her official capacity as Governor of the State of Alabama*, | ) ) ) | |
| *Defendant*. | ) ) | |

**JOINT MOTION TO STAY 26(f) REPORT DEADLINE**

The parties jointly move to stay the deadline to file the 26(f) report (currently due May 1, 2024, *see* Doc. 39) until fourteen days after resolution of the pending motion to intervene by the Alabama Association of Real Estate Brokers. As grounds, the parties state that the resolution of the motion to intervene will affect the parties that would be involved in this matter as well as the potential topics of discovery. Thus, a stay as discussed above will be in the interest of judicial economy.

Respectfully submitted,

/s/ Glenn E. Roper (with permission)
GLENN E. ROPER*
Colo. Bar No. 38723
Pacific Legal Foundation
1745 Shea Center Drive, Suite 400
Highlands Ranch, Colorado 80129
Telephone: (916) 503-9045
GERoper@pacificlegal.org

JOSHUA P. THOMPSON*
Cal. Bar No. 250955
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111

Steve Marshall
  *Attorney General*

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

/s/ Benjamin M. Seiss
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 242-7300
Fax: (334) 353-8400
Ben.Seiss@AlabamaAG.gov

2

JThompson@pacificlegal.org

*Pro Hac Vice*

*Attorneys for Plaintiff*

*Counsel for Governor Ivey*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2024, I electronically filed a copy of the foregoing with

the Clerk of the Court via CM/ECF which will send notification to all counsel of record.


/s/ Benjamin M. Seiss
*Counsel for Governor Ivey*

2