IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>KAY IVEY, in her official capacity as Governor of the State of Alabama,<br><br>        Defendant. | Civil Action No. 2:24-cv-00104-RAH- JTA |

## PROPOSED INTERVENOR'S MOTION FOR LEAVE TO FILE REPLY

Proposed Intervenor, the Alabama Association of Real Estate Brokers, moves for leave to file a reply in further support of its Motion to Intervene, ECF No. 40, and proposes to file its reply by Friday, May 10, 2024.

Defendant Governor Ivey and Plaintiff AAER filed responses to the Court's Show Cause Order on May 3, 2024.[1] ECF Nos. 51, 52. Proposed Intervenor seeks a reply to address arguments raised in these responses. Proposed Intervenor conferred with counsel for AAER and Governor Ivey, and they do not oppose Proposed Intervenor's Motion for Leave to File a Reply.

Dated: May 6, 2024

                                              Respectfully submitted,

                                              */s/ Brooke Menschel*
                                              Brooke Menschel
                                              Ala. Bar No. ASB-7675-Z61K
                                              Democracy Forward Foundation

---

[1] Though the parties styled their responses as either a "Response" or an "Opposition" to the Motion to Intervene, they appear to be responding to the Court's April 26, 2024 Show Cause Order, ECF No. 44.

P.O. Box 34553
Washington, DC 20043
(202) 448-9090 Ext. 1011
bmenschel@democracyforward.org

Martin E. Weinberg
Ala. Bar No. ASB-0817-A61W
Law Firm of Martin E. Weinberg
P.O. Box 154
Shannon, Alabama 35142

(205)785-5575

attorneyweinberg@bellsouth.net

Victoria S. Nugent*
D.C. Bar. No. 470800
Sunu Chandy*
D.C. Bar No. 1026045
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090 Ext. 1011
vnugent@democracyforward.org
schandy@democracyforward.org

*Pro Hac Vice
Counsel for Proposed Intervenor

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2024, I electronically filed a copy of the foregoing with the Clerk of the Court via CM/ECF which will send notification to all counsel of record:

James William Davis, Jim.Davis@AlabamaAG.gov

Benjamin M. Seiss, Ben.Seiss@AlabamaAG.gov

Brenton Merrill Smith, Brenton.Smith@AlabamaAG.gov

Glenn E. Roper, GERoper@pacificlegal.org

Joshua Thompson, JThompson@pacificlegal.org

*/s/ Brooke Menschel*
Brooke Menschel
*Counsel for Proposed Intervenor*