# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>              Plaintiff,<br><br>   v.<br><br>KAY IVEY, in her official capacity as Governor of the State of Alabama,<br><br>             Defendant,<br><br>   and<br><br>ALABAMA ASSOCIATION OF REAL ESTATE BROKERS, a nonprofit corporation,<br><br>             Intervenor Defendant. | Civil Action No. 2:24-cv-00104-RAH- JTA |

## JOINT MOTION FOR BRIEFING SCHEDULE

Plaintiff American Alliance for Equal Rights, Defendant Governor Kay Ivey, and Intervenor Defendant Alabama Association of Real Estate Brokers (the "Parties") move for a briefing schedule on Plaintiff's motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c), Dkt. 56. The Parties jointly propose the following deadlines:

    June 10, 2024:        Responses by Defendant and Intervenor Defendant

    June 26, 2024:        Reply in support by Plaintiff

The Parties seek entry of an Order issuing the above briefing schedule.

May 22, 2024                                                          Respectfully submitted,

                                                                                   */s/ Brooke Menschel*
                                                                                   Brooke Menschel

Ala. Bar No. ASB-7675-Z61K
Victoria Nugent*
D.C. Bar. No. 470800
Sunu Chandy*
D.C. Bar No. 1026045
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090 Ext. 1011
bmenschel@democracyforward.org
vnugent@democracyforward.org
schandy@democracyforward.org
*Admitted Pro Hac Vice
Martin E. Weinberg
Ala. Bar No. ASB-0817-A61W
Law Firm of Martin E. Weinberg
P.O. Box 154
Shannon, Alabama 35142
(205)785-5575
attorneyweinberg@bellsouth.net

*Counsel for Intervenor Defendant*


*/s/ Glenn E. Roper*
Glenn E. Roper*
Colo. Bar No. 387263
Pacific Legal Foundation
1745 Shea Center Drive, Suite 400
Highlands Ranch, Colorado 80129
Telephone: (916) 503-9045
GERoper@pacificlegal.org

Joshua P. Thompson*
Cal. Bar N. 250955
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
JThompson@pacificlegal.org

*Admitted Pro Hac Vice*
*Attorneys for Plaintiff*


Steve Marshall

2

Attorney General
*/s/ James W. Davis*
James W. Davis (ASB-4063-I58J)
    *Deputy Attorney General*
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
    *Assistant Attorneys General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 242-7300
Fax: (334) 353-8400
Ben.Seiss@AlabamaAG.gov

*Counsel for Governor Ivey*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2024, I electronically filed a copy of the foregoing with the Clerk of the Court via CM/ECF which will send notification to all counsel of record.

*/s/ Brooke Menschel*
Brooke Menschel