IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, | ) ) ) |
| Plaintiff, | ) ) Case No. 2:24-cv-104-RAH |
| v. | ) ) ) |
| KAY IVEY, *in her official capacity as Governor of the State of Alabama*, | ) ) ) |
| Defendant, | ) ) ) |
| v. | ) ) ) |
| ALABAMA ASSOCIATION OF REAL ESTATE BROKERS, | ) ) ) |
| Intervenor Defendant. | ) |

## **ORDER**

For good cause, it is **ORDERED** that a scheduling conference and hearing on all pending motions in the case is **SET** for **June 27, 2024, at 1:30 PM CT**, in Courtroom 2D of the Frank M. Johnson, Jr. United States Courthouse, One Church Street, Montgomery, Alabama. The Clerk of Court is **DIRECTED** to provide a court reporter for this proceeding.

**DONE** on this 22nd day of May 2024.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE

1