IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, | ) ) ) |
| Plaintiff, | ) ) Case No. 2:24-cv-104-RAH |
| v. | ) ) ) |
| KAY IVEY, *in her official capacity as Governor of the State of Alabama*, | ) ) ) |
| Defendant, | ) ) ) |
| v. | ) ) ) |
| ALABAMA ASSOCIATION OF REAL ESTATE BROKERS, | ) ) ) |
| Intervenor Defendant. | ) |

## **STANDARD BRIEFING ORDER**

Unless expressly directed otherwise, the parties are **ORDERED** to comply with each of the following provisions:

**DISPOSITIVE MOTIONS:** For all dispositive motions, such as motions to remand, motions to dismiss, motions for summary judgment, and *Daubert* motions, the brief accompanying the motion and the brief in opposition shall not exceed thirty (30) double-spaced pages unless the Court grants advance permission to exceed that limit. Reply briefs shall not exceed fifteen (15) double-spaced pages absent advance permission from the Court.

Responses to dispositive motions shall be due **twenty-one (21) days** after the filing of the motion and any reply to the response within **fourteen (14) days** of the

1

filing of the response. After the briefing period has expired, the Court will take the motion under consideration without further notice to the parties.

Parties opposing a dispositive motion, as identified above, are strongly encouraged to make concessions to motions, claims and arguments when appropriate.

**NON-DISPOSITIVE MOTIONS:** For all future non-dispositive motions, the parties shall confer in good faith to resolve disputes, stipulate to points of agreement, and narrow any remaining issues. All motions shall include in the caption an indication as to whether the motion is opposed. The first paragraph of the motion shall briefly summarize the parties' attempts to resolve issues and set forth areas of agreement and disagreement. Failure to abide by these requirements is grounds for denial of the motion.

Responses to opposed non-dispositive motions shall be filed within **fourteen (14) days** of the motion and any reply within **seven (7) days** of the response.

**TYPEFACE AND FONT:** All written submissions to the Court shall be in 14-point type, Times New Roman font, except that footnotes may be in 12-point type.

**MOTIONS TO EXTEND DISCOVERY DEADLINES:** If a party moves for an extension of any discovery deadline, that party shall set forth the following within the motion: (1) identification of the remaining discovery that is needed and (2) identification of the discovery that has already taken place, including the dates that written discovery was propounded; the dates that responses to the written discovery were provided; the dates of any depositions that have been taken, including the names of the deponents; and information regarding depositions that have been requested but not yet been taken.

The Court expects counsel to proactively engage in discovery once the discovery period has opened. Retained plaintiff counsel who file a suit are expected

to proactively prosecute their case, and retained defense counsel are expected to proactively defend the case. As such, failure to show adequate progress with discovery may result in denial of a motion for extension.

**FORMATTING OBLIGATION:** Briefs or motions that exceed thirty (30) pages shall include a table of contents, a table of authorities, and delineated sections. Absent a specific order of this Court, courtesy copies are **not** requested in this matter.

**DONE** on this 22nd day of May 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE