IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, ) ) ) | |
| Plaintiff, ) ) | Case No. 2:24-cv-104-RAH |
| v. ) ) ) | |
| KAY IVEY, *in her official capacity as* *Governor of the State of Alabama*, ) ) ) | |
| Defendant, ) ) | |
| v. ) ) ) | |
| ALABAMA ASSOCIATION OF REAL ESTATE BROKERS, ) ) ) | |
| Intervenor Defendant. ) | |

## **ORDER**

For good cause, it is **ORDERED** that the scheduling conference and hearing on all pending motions in the case currently set for June 27, 2024, at 1:30 PM CT, is **RESET** to **July 11, 2024, at 2:30 PM CT,** in Courtroom 2D of the Frank M. Johnson, Jr. United States Courthouse, One Church Street, Montgomery, Alabama. The Clerk of Court is **DIRECTED** to provide a court reporter for this proceeding.

**DONE** on this 10th day of June 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE

1