IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAY IVEY, in her official capacity as Governor of the State of Alabama,<br><br>　　　　Defendant,<br><br>　　and<br><br>ALABAMA ASSOCIATION OF REAL ESTATE BROKERS, a nonprofit corporation,<br><br>　　　　Intervenor Defendant. | Civil Action No. 2:24-cv-00104-RAH- JTA<br><br><br>**REQUEST FOR ADMISSION OF ALESHADYE GETACHEW PRO HAC VICE** |

　　I, Aleshadye Getachew, hereby request permission to appear and participate as counsel for the Alabama Association of Real Estate Brokers, Intervenor Defendant in the above-captioned matter, pursuant to Rule 83.1(b) of the Local Rules for the United States District Court, Middle District of Alabama.

　　I am an attorney with Democracy Forward Foundation. My business address, telephone number, and email address are as follows:

　　Democracy Forward Foundation
　　P.O. Box 34553
　　Washington, D.C. 20043
　　Telephone: (202) 448-9090
　　agetachew@democracyforward.org

　　I am a member of the District of Columbia Bar, No. 1007161, admitted July 8, 2016, and

of the New York State Bar, No.5329529, admitted March 12, 2015. I have been admitted to the following federal courts:

    U.S. District Court, District of Columbia, admitted June 3, 2024

    U.S. Court of Appeals, Ninth Circuit, admitted June 11, 2019

    I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or subject to judicial sanctions.

    I have never had a pro hac admission to any court revoked for misconduct.

    I am familiar with, and agree to comply with, the local rules of this Court and the Federal Rules of Civil Procedure.

    I have attached a Certificate of Good Standing from the U.S. District Court for the District of Columbia.

Dated: June 10, 2024

                                        Respectfully submitted,

                                        */s/ Aleshadye Getachew*
                                        Aleshadye Getachew*
                                        D.C. Bar No. 1007161
                                        Democracy Forward Foundation
                                        P.O. Box 34553
                                        Washington, DC 20043
                                        Telephone: (202) 448-9090
                                        agetachew@democracyforward.org

                                        *\*Pro Hac Vic Pending*
                                        *Counsel for Intervenor Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 10, 2024, I electronically filed a copy of the foregoing with the Clerk of the Court via CM/ECF which will send notification to all counsel of record.

                                               /s/ *Aleshadye Getachew*
                                               Aleshadye Getachew

 

# United States District & Bankruptcy Courts
# for the District of Columbia
CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC 20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## ALESHADYE   GETACHEW

was, on the ___3rd___ day of ___June___ A.D. ___2024___ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this ___4th___ day of ___June___ A.D. ___2024___.



**ANGELA D. CAESAR,** Clerk of Courts

By: ___/s/ Hannah Norton___

**Deputy Clerk**