IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

American Alliance for Equal Rights,

    Plaintiff,

v.

Kay Ivey, In Her Official Capacity as Governor,
Alabama Association of Real Estate Brokers

    Defendants,

CASE NO. 2:24-cv-104

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Alabama Association of Real Estate Brokers (AAREB), a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

6/13/2024
Date

/s/ Aleshadye Getachew
(Signature)

Aleshadye Getachew
(Counsel's Name)

Alabama Association of Real Estate Brokers
Counsel for (print names of all parties)

P.O. Box 34553
Washington, DC 20043
Address, City, State Zip Code

(202) 448 - 9090
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Aleshadye Getachew_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __electronic filing via CM/ECF__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __13th__ day of __June__ 20__24__, to:

James William Davis, Jim.Davis@AlabamaAG.gov

Benjamin M. Seiss, Ben.Seiss@AlabamaAG.gov

Brenton Merrill Smith, Brenton.Smith@AlabamaAG.gov

Glenn E. Roper, GERoper@pacificlegal.org

Joshua Thompson, JThompson@pacificlegal.org

6/13/2024                                         /s/ Aleshadye Getachew
Date                                              Signature