IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>KAY IVEY, in her official capacity as Governor of the State of Alabama,<br><br>    Defendant,<br><br>    v.<br><br>ALABAMA ASSOCIATION OF REAL ESTATE BROKERS,<br><br>    Intervenor Defendant. | Civil Action No. 2:24-cv-00104-RAH-JTA<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF ATTORNEY JOSHUA P. THOMPSON** |

Pursuant to Local Rule 83.1(f), Joshua P. Thompson hereby notifies the Court of his withdrawal as counsel for Plaintiff in the above-entitled case.

Plaintiff will continue to be represented by Glenn E. Roper.

DATED: July 25, 2024.

                                                                         Respectfully submitted,

| | |
|---|---|
| GLENN E. ROPER*<br>Colo. Bar No. 38723<br>Pacific Legal Foundation<br>1745 Shea Center Drive, Suite 400<br>Highlands Ranch, Colorado 80129<br>Telephone: (916) 503-9045<br>GERoper@pacificlegal.org | /s/ Joshua P. Thompson<br>JOSHUA P. THOMPSON*<br>Cal. Bar No. 250955<br>Pacific Legal Foundation<br>555 Capitol Mall, Suite 1290<br>Sacramento, California 95814<br>Telephone: (916) 419-7111<br>JThompson@pacificlegal.org |

*Pro Hac Vice*

*Attorney for Plaintiff*

1

2

**Certificate of Service**

I hereby certify that on July 25, 2024, I electronically filed a copy of the foregoing with the Clerk of the Court via CM/ECF which will send notification to all counsel of record:

Brenton Merrill Smith at Brenton.Smith@AlabamaAG.gov

Benjamin Matthew Seiss at ben.seiss@alabamaag.gov

Aleshadye Getachew at agetachew@democracyforward.org

Brooke Menschel at bmenschel@democracyforward.org

James William Davis at Jim.Davis@AlabamaAG.gov

Martin E. Weinberg at attorneyweinberg@bellsouth.net

Sunu Chandy at schandy@democracyforward.org

Victoria S. Nugent at vnugent@democracyforward.org

Glenn E. Roper at GERoper@pacificlegal.org

/s/ Joshua P. Thompson
JOSHUA P. THOMPSON
*Attorney for Plaintiff*