**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>KAY IVEY, in her official capacity as Governor of the State of Alabama,<br><br>              Defendant,<br><br>    v.<br><br>ALABAMA ASSOCIATION OF REAL ESTATE BROKERS,<br><br>              Intervenor Defendant. | Civil Action No. 2:24-cv-00104-RAH-JTA<br><br>**REQUEST FOR ADMISSION OF HALEY DUTCH PRO HAC VICE** |

I, Haley Dutch, hereby request permission to appear and participate as counsel for American Alliance for Equal Rights, Plaintiff in the above-entitled cause, pursuant to Rule 83.1(b) of the Local Rules for the United States District Court, Middle District of Alabama.

I am an attorney with Pacific Legal Foundation, a nonprofit public interest legal organization headquartered in Sacramento, California. My business address, telephone number, and email address are as follows:

> Pacific Legal Foundation
> 3100 Clarendon Blvd., Suite 1000
> Arlington, Virginia 22201
> Telephone: (202) 888-6881
> HDutch@pacificlegal.org

I am a member in good standing of the Colorado State Bar, No. 58181, admitted November 3, 2022. I am a member in good standing of the following federal courts:

U.S. District Court, District of Nebraska, admitted March 25, 2024

U.S. District Court, Western District of Tennessee, admitted August 12, 2021

1

U.S. Court of Appeals, Sixth Circuit, admitted August 16, 2021

U.S. Court of Appeals, Tenth Circuit, admitted March 24, 2022

I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or subject to judicial sanctions.

I have never had a pro hac admission to any court revoked for misconduct.

I am familiar with, and agree to comply with, the local rules of this Court and the Federal Rules of Civil Procedure.

I have attached a Certificate of Good Standing from the District of Nebraska.

DATED: July 26, 2024.

Respectfully submitted,

/s/ Haley Dutch
HALEY DUTCH*
Colo. Bar No. 58181
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, Virginia 22201
Telephone: (202) 888-6881
HDutch@pacificlegal.org
*Pro Hac Vice Pending

Attorney for Plaintiff

2

**Certificate of Service**

I hereby certify that on July 26, 2024, I electronically filed a copy of the foregoing with the Clerk of the Court via CM/ECF which will send notification to all counsel of record:

Brenton Merrill Smith at Brenton.Smith@AlabamaAG.gov

Benjamin Matthew Seiss at ben.seiss@alabamaag.gov

Aleshadye Getachew at agetachew@democracyforward.org

Brooke Menschel at bmenschel@democracyforward.org

James William Davis at Jim.Davis@AlabamaAG.gov

Martin E. Weinberg at attorneyweinberg@bellsouth.net

Sunu Chandy at schandy@democracyforward.org

Victoria S. Nugent at vnugent@democracyforward.org

Glenn E. Roper at GERoper@pacificlegal.org

/s/ Haley Dutch
HALEY DUTCH
*Attorney for Plaintiff*

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

## CERTIFICATE OF GOOD STANDING

I, _____ Denise M. Lucks _____ , Clerk of this Court,

certify that _____ Haley Dutch _____ , Bar # _____ N/A _____ ,

was duly admitted to practice in this Court on _____ 03/25/2024 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ Omaha, NE _____ on _____ 07/18/2024 _____
                    *(Location)*                                     *(Date)*

Denise M. Lucks

*CLERK*                                       *DEPUTY CLERK*