# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAY IVEY, in her official capacity as Governor of the State of Alabama,<br><br>Defendant,<br><br>and<br><br>ALABAMA ASSOCIATION OF REAL ESTATE BROKERS, a nonprofit corporation,<br><br>Intervenor Defendant. | Civil Action No. 2:24-cv-00104-RAH-JTA |

### [PROPOSED] ORDER

This matter comes before the Court on Intervenor Defendant's Unopposed Motion to Extend Defendants' Expert Disclosure Deadline. Upon review of the Motion and all attachments thereto, and for good cause shown therein, the Court hereby ORDERS that Intervenor Defendant's Unopposed Motion to Extend Defendants' Expert Disclosure Deadline is GRANTED. The Expert Disclosure Deadline for defendants in the Court's Scheduling Order (Doc. 72) shall be extended by 32 days, through and including March 14, 2025. All other deadlines contained therein shall stand as ordered.

SO ORDERED this the _____ day of _____, 2024.

_____
R. Austin Huffaker, Jr.
United States District Judge