IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 2:24-cv-00104-RAH |
| KAY IVEY, *in her official capacity as Governor of the State of Alabama*, | ) ) ) ) |
| Defendant, | ) ) |
| v. | ) ) |
| ALABAMA ASSOCIATION OF REAL ESTATE BROKERS, | ) ) ) |
| Intervenor Defendant. | ) |

## **ORDER**

On December 23, 2024, Intervenor Defendant, the Alabama Association of Real Estate Brokers, filed an *Unopposed Motion to Extend Defendants' Expert Disclosure Deadline* (doc. 78) in which it requested "to extend the expert disclosure deadline for defendants from February 10, 2025, to March 14, 2025. (*Id.* at 1.) Accordingly, and for good cause, it is **ORDERED** as follows:

1. The Intervenor Defendant's *Unopposed Motion to Extend Defendants' Expert Disclosure Deadline* (doc. 78) is **GRANTED**.

2. The Defendants' expert witness disclosure deadline is extended from February 10, 2025, to **March 14, 2025**.

3. All other deadlines remain in effect.

1

DONE, on this the 26th day of December 2024.

                                                    */s/ R. Austin Huffaker, Jr.*
                                                    R. AUSTIN HUFFAKER, JR.
                                                    UNITED STATES DISTRICT JUDGE