IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KAY IVEY, in her official capacity as Governor of the State of Alabama,<br><br>　　　　　Defendant,<br><br>　v.<br><br>ALABAMA ASSOCIATION OF REAL ESTATE BROKERS,<br><br>　　　　　Intervenor Defendant. | Civil Action No. 2:24-cv-00104-RAH |

## NOTICE OF APPEARANCE

Comes now, Jon C. Goldfarb, a member of the Bar of this Court, and enters his appearance as counsel for Intervenor Defendant, the Alabama Association of Real Estate Brokers.

　　　DATED: January 15, 2025.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Jon C. Goldfarb
　　　　　　　　　　　　　　　　　　Jon C. Goldfarb (AL Bar No. ASB-5401-F58J)
　　　　　　　　　　　　　　　　　　Wiggins, Childs, Pantazis, Fisher, & Goldfarb, LLC
　　　　　　　　　　　　　　　　　　The Kress Building
　　　　　　　　　　　　　　　　　　301 19th Street North
　　　　　　　　　　　　　　　　　　Birmingham, AL 35203
　　　　　　　　　　　　　　　　　　(205) 314-0500
　　　　　　　　　　　　　　　　　　jcg@wigginschilds.com

　　　　　　　　　　　　　　　　　　*Counsel for Intervenor Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2025, I electronically filed a copy of the foregoing with the Clerk of the Court via CM/ECF which will send notification to all counsel of record including:

Brenton Merrill Smith, brenton.smith@alabamaag.gov

Benjamin Matthew Seiss, ben.seiss@alabamaag.gov

James William Davis, jim.davis@alabamaag.gov

Haley S. Dutch, hdutch@pacificlegal.org

Glenn E. Roper, geroper@pacificlegal.org

/s/ Jon C. Goldfarb
Jon C. Goldfarb
*Counsel for Intervenor Defendant*