**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation, | |
| Plaintiff, | |
| v. | |
| KAY IVEY, in her official capacity as Governor of the State of Alabama, | Civil Action No. 2:24-cv-00104-RAH |
| Defendant, | |
| v. | |
| ALABAMA ASSOCIATION OF REAL ESTATE BROKERS, | |
| Intervenor Defendant. | |

**NOTICE OF APPEARANCE**

Comes now, L. William Smith, a member of the Bar of this Court, and enters his

appearance as counsel for Intervenor Defendant, the Alabama Association of Real Estate

Brokers.

DATED: January 15, 2025.

Respectfully submitted,

/s/ L. William Smith
L. William Smith (AL Bar No. ASB-8660-A61S)
Wiggins, Childs, Pantazis, Fisher, & Goldfarb, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
(205) 314-0500
wsmith@wigginschilds.com

*Counsel for Intervenor Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2025, I electronically filed a copy of the foregoing with the Clerk of the Court via CM/ECF which will send notification to all counsel of record including:

Brenton Merrill Smith, brenton.smith@alabamaag.gov

Benjamin Matthew Seiss, ben.seiss@alabamaag.gov

James William Davis, jim.davis@alabamaag.gov

Haley S. Dutch, hdutch@pacificlegal.org

Glenn E. Roper, geroper@pacificlegal.org

/s/ L. William Smith
L. William Smith

*Counsel for Intervenor Defendant*