IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, a nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAY IVEY, in her official capacity as Governor of the State of Alabama,<br><br>Defendant,<br><br>v.<br><br>ALABAMA ASSOCIATION OF REAL ESTATE BROKERS,<br><br>Intervenor Defendant. | Civil Action No. 2:24-cv-00104-RAH |

## MOTION TO WITHDRAW AS ATTORNEY

Pursuant to Local Rule 83.1(f), counsel for Intervenor Defendant Martin Weinberg respectfully moves to withdraw his appearance in the above-captioned matter.

Intervenor Defendant will continue to be represented by Aleshadye Getachew, Brooke Menschel, Victoria Nugent, and Sunu Chandy of Democracy Forward Foundation, and now with local counsel - Jon C. Goldfarb and L. William Smith of Wiggins, Childs, Pantazis, Fisher, & Goldfarb, LLC.

DATED: January 15, 2025

Respectfully submitted,

/s/ Martin Weinberg
Martin E. Weinberg
Ala. Bar No. ASB-0817-A61W
Law Firm of Martin E. Weinberg

P.O. Box 154
Shannon, Alabama 35142
(205) 785-5575
attorneyweinberg@bellsouth.net

Brooke Menschel
Ala. Bar No. ASB-7675-Z61K
Aleshadye Getachew*
D.C. Bar No. 1007161
Victoria Nugent*
D.C. Bar No. 470800
Sunu Chandy*
D.C. Bar No. 1026045
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090 Ext. 1011
bmenschel@democracyforward.org
agetachew@democracyforward.org
vnugent@democracyforward.org
schandy@democracyforward.org

Jon C. Goldfarb
Ala. Bar No. ASB-5401-F58J
L. William Smith
Ala. Bar No. ASB-8660-A61S
Wiggins, Childs, Pantazis, Fisher, & Goldfarb, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
(205) 314-0500
jcg@wigginschilds.com
wsmith@wigginschilds.com

*Admitted Pro Hac Vice

*Counsel for Intervenor Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2025, I electronically filed a copy of the foregoing with the Clerk of the Court via CM/ECF which will send notification to all counsel of record including:

Brenton Merrill Smith, brenton.smith@alabamaag.gov

Benjamin Matthew Seiss, ben.seiss@alabamaag.gov

James William Davis, jim.davis@alabamaag.gov

Haley S. Dutch, hdutch@pacificlegal.org

Glenn E. Roper, geroper@pacificlegal.org

/s/ Martin Weinberg
Martin E. Weinberg

*Counsel for Intervenor Defendant*